**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Needham, Quincy    **Category No.** II    **Investigating Agency** FBI, HHS, IFB, IRS

**City** see above
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-2111-MBB, 23-2007-MBB, 21-2530-MBB
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 19-cv-11137-ADB   [✔] Yes  [ ] No

Defendant Name: Miguel Saravia    Juvenile: [ ] Yes  [✔] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✔] No

Alias Name: _____
Address: _____

Birth date (Yr only): 1982    SSN (last 4#): ____    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:** Michael Sullivan    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kelly Lawrence, Mackenzie Queenin    Bar Number if applicable: _____

**Interpreter:** [ ] Yes  [✔] No    List language and/or dialect: _____

**Victims:** [✔] Yes  [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [✔] Yes  [ ] No

**Matter to be SEALED:** [ ] Yes  [✔] No

[ ] Warrant Requested    [✔] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint    [✔] Information    [ ] Indictment

**Total # of Counts:** [ ] Petty ____    [ ] Misdemeanor ____    [✔] Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

[✔] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/10/2024    Signature of AUSA: *Mackenzie A. Queenin*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 USC 1347 | Healthcare Fraud | I-VI |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013