

U.S. Department of Justice

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*  *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 10, 2024

HAND DELIVERY

Clerk of Court
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

24cr10280

Re:   Certification of Related Cases
       United States v. Miguel Saravia

To Whom It May Concern:

I enclose for filing with the Court a criminal Information charging Miguel Saravia with violations of 18 U.S.C. §1347 (health care fraud) and a plea agreement between the United States and Saravia concerning those charges.

I hereby certify, pursuant to Local Rule 40.1(h)(5)(B), that the above matter is related to the civil case in *United States ex rel. Spissinger v. Nova Psychiatric Svcs., et al.,* 19-cv-11137, which is assigned to the Honorable Allison D. Burroughs, United States District Judge, because the civil case involves enforcement of forfeiture, restitution, or other financial penalties arising from transactions that are the subject of this criminal case. *See* Local Rule 40.1(h)(2) and (g)(2)(A).

Please contact the undersigned Assistant United States Attorney if you have any questions.

Sincerely,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Mackenzie Queenin*
       Mackenzie Queenin
       Assistant U.S. Attorney

Enclosures

cc:    Michael Sullivan, Esq.
       Nicole Levesque, Esq.
       Ashcroft Sullivan LLC
       Counsel to Miguel Saravia (by email w/encl.)

       Kelly Lawrence
       Lindsey Ross
       Steven Sharobem
       Assistant U.S. Attorneys