Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v.
)
MIGUEL SARAVIA                      )          Criminal No.  24-10280-ADB
)

### WAIVER OF INDICTMENT

I,   __Miguel Saravia__          , the above-named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive

in open court on __9/26/2024__ prosecution by indictment and consent that
_(Date)_

the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before:          9/26/2024

_____
Hon. Allison D. Burroughs