UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIGUEL SARAVIA,<br><br>Defendant. | Criminal Case No. 24-cr-10280 |

**ORDER GRANTING DEFENDANT'S
MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE
AND RETURN PERSONAL PROPERTY**

Upon due consideration, it is hereby **ORDERED** that Defendant, Miguel Saravia's Unopposed Motion for Temporary Modification of Conditions of Release and Return of Personal Property is **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1. Defendant, Miguel Saravia, may travel to Peru for one week in December for purposes of celebrating the Christmas holiday with his daughters;

2. Defendant, Miguel Saravia, shall coordinate and provide the details of his travel plans, including flight schedule and address in Peru, to the United States Probation and Pretrial Services Office for the District of Massachusetts and the assigned Assistant United States Attorney;

3. The United States Probation and Pretrial Services Office for the District of Massachusetts shall return to Defendant, Miguel Saravia, his United States passport no earlier than one day prior to Defendant's scheduled departing flight to Peru; and

4. Defendant, Miguel Saravia, shall return his United States passport to the United States Probation and Pretrial Services Office for the District of Massachusetts no later than one day following his scheduled return flight to the United States.

					_____
					THE HONORABLE ALLISON D. BURROUGHS
					United States District Judge