UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:24-cr-10280-1 |
| ) | |
| MIGUEL SARAVIA, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF APPEARANCE**

Now comes the undersigned counsel, Simon J. Cataldo, and hereby enters his appearance on behalf of Defendant, Miguel Saravia, in the above-captioned matter.

Respectfully Submitted,

Dated: March 17, 2025

*/s/ Simon J. Cataldo (retained)*
Simon J. Cataldo (MA BBO #690879)
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
(617) 573-9400
scataldo@ashcroftlawfirm.com

**CERTIFICATE OF SERVICE**

      I, Simon J. Cataldo, hereby certify that on this date, March 17, 2025, a copy of the foregoing document was served via the Electronic Court Filing system on all registered participants.

                                                        */s/ Simon J. Cataldo*
                                                        Simon J. Cataldo