UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 24-CR-10280-ADB |
| | ) |
| MIGUEL SARAVIA | ) |
|       Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Brendan T. Mockler, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

                                                Respectfully submitted,

                                                LEAH B. FOLEY
                                                United States Attorney

                            By:    /s/  *Brendan T. Mockler*
                                             BRENDAN T. MOCKLER
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             1 Courthouse Way, Suite 9200
                                             Boston, MA 02210
                                             (617) 748-3100
Dated: March 21, 2025                   brendan.mockler@usdoj.gov