# EXHIBIT A

Lima, October 25, 2024

Honorable Judge Allison D. Burroughs
John Joseph Moakley United State Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Your Honor,

My name is Nidya Melanie Sotelo Sequeiros. I am currently 16 years old. My DNI is
██████, and I am Peruvian. I am writing this letter so that you know what my dad, Miguel
Saravia Reyna, means to me. I have known him since I was three years old, and from that
moment on, he has been present at every moment of my life, always being a great support
throughout my childhood and adolescence, always by my side with his love and affection.

Over time, my daddy has done everything he can to be close, even though he lives in
another country. He always comes to visit us every two or three months, and he has never
missed any of my birthdays. Even when we were in the pandemic, he did everything
possible to come on October 21st, even though it was complicated. Being able to see him
made me very happy. We have had many fun family trips, and every time I remember them,
I feel happy because those moments were very special to me. My daddy has always made
me feel loved and safe by his side, which is something I will always be grateful for.

Last year, I celebrated my fifteenth birthday, which was a very special moment for me. My
daddy was with me every step of the way and made sure everything was perfect for that
day. My favorite moment was when we danced to the waltz and when he dedicated a
poem, he wrote to me.

About two years ago, my dad started the adoption process, and even though I don't have
his last name yet, he has always been and will always be my dad. I'm even more excited
now because I will legally be his daughter soon.

I want my dad to know how much I love him, what he means to me, and that I will always
be grateful for everything he has [done] for me. I'm so happy to have him in my life.

Honorable judge, I am very grateful you allowed my dad to be here for my 16th birthday.

I respectfully ask you, honorable judge, to show compassion in your sentencing. He is a
wonderful father, and I sincerely ask you to consider giving him another opportunity.

Sincerely, Nidya.

*Nidya*

Nidya Melanie Sotelo Sequeiros

DNI:

Lima, 25 de octubre del 2024
Honorable yueza Allison D. Burroughs
John Joseph Moakley United State Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Su señoria:

Mi nonbre es Nidya Melanie Sotelo Sequeiros, actualmente tengo 16 años, mi DNI es ██████ soy peruana, le escribi esta carta para que sepa lo que mi papi Miguel Saravia Reyna significa para mi. Lo conozco desde los 3 años y desde ese momento ha estado presente en cada momento de mi vida, y siempre ha sido un gran apoyo en mi niñez y en mi adolescencia, siempre acompañándome con su amor y cariño.

A lo largo del tiempo mi papi ha hecho lo posible para estar cerca, aunque viva en otro pais. Siempre viene a vernos cada dos o tres meses y nunca a faltado a ninguno de mis cumpleaños, incluso cuando estabamos en pandemia hizo todo lo posible para venir el 21 de octubre aunque fue algo complicado, y el poder verlo me hizo muy feliz, hemos tenido muchos viajes en familia muy divertidos, cada vez que lo recuerdo me hace muy feliz ya que fueron momentos especiales para mi. Mi papi siempre me ha hecho sentir querida y segura estando a su lado, lo cual es algo por lo que siempre voy a estar agradecida con él.

El año pasado celebre mis quince años lo cual fue un momento muy especial para mi. Mi papi estuvo en todo momento conmigo y se encargo de que todo sea perfecto para ese dia. Mi momento favorito fue cuando bailamos el vals y cuando me dedico un poema que el mismo hizo.

Hace aproximamente dos años mi papi inicio un proceso de adopción, aunque por el momento no llevo su apellido siempre ha sido y sera mi papá, pero me emociona mas que pronto sere legalmente su hija

Quiero mi papá sepa lo mucho que lo quiero y lo que significa para mi, y que siempre estoy agradecida por todo lo que siempre por mi y que estoy muy feliz de tenerlo en mi vida.

Honorable jueza estoy muy agradecida por permitir que mi papi llegue para mi cumpleaños numero 16.

Le pido a usted honorable jueza le ruego benevolencia al sentenciar, el es un exelente padre, le ruego que le pueda dar otra oportunidad.

Sinceramente Nidya.


Nidya

‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾

Nidya Melanie Stelo Sequeiros

Feb, 5th
Sebastian Saravia
Hanson, MA

Dear Judge Burroughs
My father Miguel Saravia is a Loving,
Caring man. He invites many people over to
the house, he takes care of not ONLY me and
my sister (Victoria Saravia) in the U.S, he takes
care of my sister (Alejandra Saravia) and is
adopting my stepsister (Nydia Saravia) all the
way in Peru. But that is just ONE example
of his caring personality and kind gestures.
    I was at my little cousin's birthday party
When all the sudden I started to feel like
I couldn't breath. My MOM rushed me to
Urgent care, and we waited there for about
One hour before an ambulance picked me up.
My father was on a business trip in Chicgo.
On the same day I was sick he flew
ALL the way back just to care for me.
My father plays soccer with me, he makes
Jokes when you need one and takes his
own time to care for other's. My father
also takes care of me when im sick.

Without my father, Me, my Mom (Sujen Saravia), My sisters and everyone who knows my father would be devastated. My father went though some scary moments in his life. When my mom was pregnant with me There was some challenges. I was born 3 months before I was supposed to, I was held in the hospital for almost 3 months. I was supposed to have something wrong with me but because of God I was fine.

My father has gone through struggles throughout his life. When he came to the U.S he had many Jobs, he worked at a hospital and bakery etc. He did all of this for his family. When I was born the first few weeks of my life My Mom and My father and me lived in my uncles house. My father has always been a gentlman, great father and a caring brother. He also Makes food for my friends.

MY father aLso takes me and my family on many trips. He even went to Peru many times to get my sister a ~~passport~~ passport so she can come vist us. But my favorite memory with him is when he took me to Peru for the first time. He showed me his old house, Machu Picchu and introduced me to soccer.

Your Honor I ask for your mercy and considiration when you sentance my father. I would never wish it on anyone to have their father go to JaiL,

Sincerly,

Sebastian Saravia

Ali Alhussaini



The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

I am writing to express my heartfelt appreciation for my friend and brother, Miguel Saravia, whose unwavering support and kindness have profoundly impacted my life and the lives of many around him. I am aware he pleaded guilty to Health Care Fraud.

From a young age, Miguel has been a source of joy and stability for me. Growing up in a broken home, I often missed out on the connections and experiences that many take for granted. However, Miguel filled that void in so many ways. He took us to amusement parks, organized cookouts, and hosted unforgettable Holidays Gatherings. These moments meant the world to me, providing a sense of belonging and happiness that I desperately needed. They created memories that I cherish to this day and instilled in me the importance of family and friendship.

As we grew older, Miguel continued to play a vital role in my life. When my wife was stuck in Iraq, waiting for her immigration papers to clear, I felt an overwhelming sense of helplessness and uncertainty. During this challenging time, Miguel stepped in as a true friend. He dedicated countless hours to checking on me, making sure I was doing ok, and provide me the support I needed during that time. His tireless efforts were driven by a genuine desire to help our family reunite, demonstrating an incredible commitment to those he cares about.

Miguel's compassion extends beyond just my situation. He has been a tremendous source of support for my father, who faced the emotional turmoil of losing his spouse of 30 years. Miguel was there for him every step of the way. He consistently reached out to check on my father's well-being, offering both emotional support and practical assistance. This level of care and compassion is a rare quality that speaks volumes about Miguel's character.

Family is of utmost importance to Miguel, and he genuinely prioritizes spending quality time with his loved ones. He often invites us to family gatherings, ensuring that we feel included and valued. These events have not only strengthened our bond but have also created lasting memories that we cherish. Miguel's ability to bring people together is a testament to his warmth and generosity.

Moreover, it's evident that Miguel is a devoted father. His love for his children shines through in everything he does. He takes the time to engage with them, support their interests, and create a nurturing environment for them to thrive. It is heartwarming to see the strong, loving relationship he has built with his family, which serves as an inspiring example for those around him.

Miguel is honestly one of the nicest people I have ever met. His selflessness, empathy, and dedication to helping others are qualities that set him apart. He doesn't seek recognition for his actions; rather, he finds joy in knowing that he has made a positive difference in someone's life. This humility is yet another reason why I believe he deserves acknowledgment for his contributions.

In conclusion, I firmly believe that individuals like Miguel, who consistently demonstrate compassion and a willingness to help others, make an extraordinary impact in their communities. His actions have not only transformed my life but have also enriched the lives of many others around him.

Thank you for taking the time to consider this letter. I am incredibly grateful for Miguel's friendship and unwavering support, and I sincerely hope your Honor can consider Miguel's positive actions and you can provide leniency when sentencing him.

Sincerely,

Ali Alhussaini

# CHARACTER REFERENCE LETTER

**Name:**         **Roberto Zenino Castro Prieto Ayala**
**Address:**
**Email:**
**Phone Number:**
**Date**          **January 6th, 2025**

**HONORABLE JUDGE ALLISON**

**JOHN JOSEPH MOAKLEY UNITED STATES**
**COURTHOUSE 1 COURTHOUSE WAY, SUITE 2300**
**BOSTON MA 02210**

**Dear Judge ALLISON BURROUGHS:**

I am reaching out as a friend of Mr. Miguel Saravia, who is currently facing charges in the United States. I have known him for about ten years, primarily during his visits to Cusco, Peru. As a lawyer and the Director of the Extrajudicial Mediation Center "Castro Prieto," I wanted to share my perspective on his character. It is a pleasure for me to vouch for his character and integrity throughout the years I have known him.

Miguel Saravia is a man who has always shown responsibility, honesty, uprightness, decency, and kindness, all of which is evident in the many times he has helped people resolve their conflicts and differences through alternative conflict resolution mechanisms, such as mediation, in matters like child support, and cases where the best interest of minors (children and adolescents) is upheld. Likewise, in cases involving out-of-court agreements regarding debts, payments, and collections, preventing people from escalating their issues to lawsuits. Mr. Miguel Saravia came to my Mediation Center with people in conflict and recommended others so they could always reach a good and amicable agreement, aiming for a more peaceful and understanding society.

Mr. Miguel Saravia is a testament to his sense of duty and compassion toward others. Even though he does not reside in Peru, he is a citizen concerned about bringing peace to our city, with a spirit of collaboration for justice.

I believe Mr. Miguel Saravia's behavior and character are an example to our society, so I ASK FOR CLEMENCY at the time of sentencing. I am fully available, and you may contact me at the number or email address provided above if you need more information or clarification.

Thank you for your time and attention.

**Sincerely,**

Centro de Conciliación Extrajudicial
"CASTRO-PRIETO"

Roberto Zenino Castro Prieto Ayala
DIRECTOR

**Roberto Zenino Castro Prieto Ayala**
DNI:

## CARTA DE CARÁCTER

| | | |
|---|---|---|
| **Nombre** | : | Roberto Zenino Castro Prieto Ayala |
| **Dirección** | : | ██████████████████ |
| **Correo electrónico:** | | ██████████ |
| **Numero contacto** | : | ██████ |
| **Fecha** | : | Enero 06 del 2025 |

**RESPETABLE JUEZ ALLISON BURROUGHS**

**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY, SUITE 2300**
**BOSTON MA 02210**

**Estimada Juez ALLISON BURROUGHS:**

Me dirijo a usted en mi calidad de amigo, teniendo conocimiento que está afrontando cargos en Estados Unidos, para abogar por el señor Miguel Saravia, a quien conozco hace aproximadamente diez años, lo veo cuando visita la ciudad de Cusco Perú, soy abogado de profesión y Director del Centro de Conciliación Extrajudicial "Castro Prieto". Para mí es un placer responder por su carácter e integridad en los años que lo conozco.

Miguel Saravia es un hombre que siempre ha demostrado, responsabilidad, Honradez, Rectitud, Decencia, Bondad; todo ello en base a las veces que ha conseguido que personas logren resolver sus conflictos y diferencias con el mecanismo alternativo de resolución de conflictos mediante una conciliación, esto en materias como alimentos, y casos donde se hace valer el interés superior de los menores (niños y adolescentes), del mismo modo en casos de acuerdos extrajudiciales sobre deudas, pagos y cobros, evitando que las personas lleguen a conflictos mayores en juicios, siendo el Sr Miguel Saravia quien acudió a mi Centro de Conciliación con personas que tenian conflictos y recomendaba a otras para que siempre lleguen a un buen acuerdo conciliatorio, esto con el fin de tener una sociedad más pacífica y tranquila.

El Señor Miguel Saravia es un testimonio de su sentido del deber y compasión hacia los demás, aunque no radique en Perú es un ciudadano preocupado por la pacificación de nuestra ciudad, con espíritu de colaboración por la justicia.

Pienso que la conducta y el carácter del señor Miguel Saravia son ejemplo para esta sociedad, por esto PIDO CLEMENCIA al momento de sentenciar. Estoy en plena disposición para que pueda ponerse en contacto conmigo en el número o la dirección de correo electrónico arriba indicados si necesita más información o aclaraciones.

Gracias por su tiempo y consideración.

**Atentamente,**

Centro de Conciliación Extrajudicial
"CASTRO-PRIETO"

Roberto Zenino Castro Prieto Ayala
DIRECTOR

**Roberto Zenino Castro Prieto Ayala**
DNI: ██████████

Roy Bandar



To the Honorable Judge Allison D. Burroughs,

My name is Roy Bandar. I am 29 years old, and have known Miguel Saravia since I was 7. My mother married his brother Martin Saravia, so Miguel is my uncle by marriage. Despite the fact that we are not blood related, Miguel is my uncle and I consider him closer to me than a lot of the people I actually am blood related to.

From the day I met Miguel, he has done so much for not only me, but the whole family. He accepted my mother and I into his family with open arms. Miguel would pick me up from school or my mother's work whenever needed, and take me to the park or the movies. Miguel really stepped up in my life where my other family members would not. One of my favorite memories with him was when he would take me to play soccer. Because of him, soccer ended up being a big part of my life, to the point where now I spend my free time coaching soccer for young kids.

Miguel has definitely helped shape me into the person I am today. His strong emphasis on family is inspiring to me, and something I was not exposed to by my blood relatives. Regardless of what was going on in his life, he always put his kids first. No one is perfect, but every day he actively tries to be the best father he can be, which is not something everyone can say. Everyone who meets his kids Sebastian and Victoria comment on how sweet, polite, and well behaved they are, which is a testament to great parenting. He is very respectful, supportive, and fair, not only to his children but to everyone that he comes across.

I know Miguel has pled guilty and accepted accountability for his wrongdoings, but I am writing this statement to offer a glimpse of who Miguel is, and that is someone who is far more than the offenses he has pled guilty to.

I sincerely thank you for taking the time to read this letter.

Best,

Samantha Baricelli, M.A.
Full-Time Therapist



September 26th, 2024

To The Honorable Judge,
Allison D. Burroughs
John Joseph Moakley U.S Courthouse

I am writing this letter to provide a character reference for Miguel Saravia, who I understand is currently facing charges related to health insurance fraud, as someone who knows Miguel personally, I feel compelled to share my sincere observations about his character in the hopes that this will provide some insight into the individual behind this difficult situation.
I have known Miguel for 7 years both as my boss but also as a friend, in that time, I have witnessed firsthand his unwavering dedication to his job, family and his community. He has always worked incredibly hard, juggling his professional responsibilities with being an active and involved parent to Victoria and Sebastian and ensuring their family is well-supported both financially and emotionally.

In addition to his family commitments, Miguel has also been an incredible leader in the practice, helping clinicians so as myself reach their best potential both as a therapist and as a person, often volunteering to listen to anyone's personal difficulties and offering guidance and support in times of need. I can confidently say Miguel has been a mentor to me and has taught me to take care of myself first before taking care of others. Miguel has consistently demonstrated a willingness to go above and beyond for those around him.
I am aware of the gravity of the current charges, and I do not wish to minimize the seriousness of the situation. However, I do want to emphasize that Miguel is someone who has consistently displayed responsibility, generosity, and genuine care for others in the years I have known him. The mistakes made in this instance are not reflective of the person I have come to know over the years.

I trust that, given the opportunity, Miguel will take full responsibility for his actions and learn from this experience. I hope this letter serves as a testament to his true character, and I ask the court to take this into consideration during the sentencing process.
Thank you for your time and consideration.

Sincerely,

Samantha Baricelli

September 26, 2024

To:    The Honorable Judge Allison D. Burroughs
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 2300
       Boston, Massachusetts 02210

Dear Honourable Judge Allison D. Burroughs,

My name is Jennifer Borjas. I am a licensed clinical social worker (LCSW) at Dana Behavioral Health (DBH). I am currently the Quality Assurance Manager and an outpatient therapist at DBH. I have worked with and have known Miguel Saravia for 7 years.

Within the past 7 years, Miguel has significantly impacted my life, personally and professionally. Miguel pushed me to be more than what I thought I could be. I began as a therapist, and he allowed me to create for and work in other company departments. He saw the potential in me I didn't know I had. Miguel continued placing me in positions that displayed my strengths that I was unaware of. He never gave up on me, even though I did, with my license exam (failing 3 times). Miguel insisted I take it again at my pace. Miguel supported me during a significant family loss with care and kindness. He always checked in and continues to do so to see how I am doing. Miguel has given me the confidence to be who I am.

Miguel is a family man. An honest man. A loyal man. Miguel represents all these qualities and more. He is a wonderful father, great brother, son and partner. He takes care of his family and colleagues. His mission since I started has always been to help those who are in need, regardless of race, ethnicity, class, background, etc. Miguel has shown me what a hard-working person looks like, and I look up to him in many ways. He sees the bigger picture in all scenarios. Miguel is very understanding and always finds a solution.

I am aware of the reason of why Miguel is in court. The way I see it, mistakes must be made to learn life lessons. This mistake is one that he, Miguel, has accepted and has and will learn from. Everything happens for a reason, from meeting Miguel 7 years ago until now. I have and will continue to support Miguel and his family by continuing to support the company and being there for his family members.

Please consider this letter to support your decision in Miguel's case. He's a good man with a heart of gold. This mistake does not define him as a person.

Thank you for your time,

Jennifer Borjas, LCSW

Tuesday, September 24th, 2024

The Honorable Judge Allison D. Burroughs

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Dear Honorable Judge Burroughs,

My name is Christopher Brooks. I am currently the Director of Operations for Dana Behavioral Health.

I have known the defendant, Miguel Saravia, for approximately 17 years. I had the pleasure of working with Miguel at Caritas Carney Hospital in the behavioral health department.

As the Program Director for the behavioral health department at Carney Hospital, I made sure I would bring a cup of Dunkin Donuts coffee to Miguel as I left for the day. He would cover the evening shift in our Intake Department. Miguel was a bright, dedicated, loyal and an enthusiastic employee! I wanted him to know I appreciated his work ethic, and his performance. I brought him coffee as I knew he was coming off a day job and I wanted to ensure he had the caffeine boost he needed. He proved himself to be a respected staff member who did a great job!

In May of 2021, Miguel had reached out to me. We had lunch and discussed his recent acquisition of Dana Group Associates, now Dana Behavioral Health. He asked me to help with day-to-day operations. I trusted Miguel. I liked Miguel. I had just returned to Massachusetts from a work engagement in Florida. The timing was good. It didn't take more than a couple weeks to observe that Miguel was respected by his clinical and administrative team. He is a good leader. He cares about his team, he has always been available to his team and most importantly, he listens to his team and always advocates for them with determination and follow through.

Miguel's ex wife Sujeiry has a heart of gold. His two children Sebastion and Victoria are the love of his life! It is always nice to see them when they come to the office. It is heartwarming to see him interacting with them. His eyes tell the story!

This is a man who I have grown to admire over the years and wish the best for him and his family.

I can be reached at ███████ if you have any questions.

Sincerely,

Christopher Brooks

**Cusco, January 8th,**

**Honorable Judge Allison D.**

**JOHN Joseph Moakley U.S. Courthouse**

**Courthouse Way, Suite 2300**

**Boston, Massachusetts 02210**

Dear Judge Allison Burroughs:

 I am writing to you hoping to appeal to your compassion and sound judgment regarding my uncle, **Miguel Saravia**. I understand the seriousness of the situation and the importance of justice. Still, I dare to ask you to consider the mitigating circumstances of his case and to grant him the greatest clemency possible.

My uncle **Miguel Saravia** is not only a relative and my godfather but a fundamental pillar in my life. He is a good, honest, and extraordinary man. He is an example of integrity and kindness who has always supported me unconditionally. Since childhood, he has encouraged me to pursue my dreams, be a better person, and face life's challenges with courage, optimism, and honesty. His influence on my personal development has been immense, and his constant support has been invaluable. Thanks to his motivation, support, and example, I am a young entrepreneur and a man of good values. Thanks to him, I was able to bring a dream to life, named "FERMENTO COFFEE SHOP," where I can express my creativity through my products; without his financial help, support, and constant motivation, my uncle, my project would never have seen the light of day.

**Miguel Saravia** became the father I always hoped to have, and just as I have seen him raise his young children, my cousins, I cannot imagine the moments of his absence in our lives.

I know that his actions have had consequences, and I do not intend to minimize their seriousness. However, I firmly believe that the person standing before the court does not reflect the essence of my uncle: a man with a good heart, dedicated to his family and his community.

I ask you, Madam Judge, to consider his life history, his character, and his positive contributions to society.  I plead with you to give him a chance at redemption, a chance to show that he can correct his mistakes and once again be a productive and valuable member of the community and continue with his presence and unconditional love for his family.

Madam Judge, I write this letter not out of formality, but from the heartfelt connection I share with my uncle, **Miguel Saravia**. I truly appreciate your time and consideration in reading this message.
I kindly ask you to show compassion and leniency when sentencing **Miguel Saravia**, who has been my mentor, role model, and source of inspiration.

Atentamente

...................................................

**Cesar Enrique Velazco Saravia**

Cusco, 08 de enero 2025

**Honorable Jueza Allison D Burroughs**

**JOHN Joseph Moakley U.S. Courthouse 1**

**Courthouse Way, Suite 2300**

**Boston, Massachusetts 02210**

Estimada Jueza Allison Burroughs:

Le escribo con la esperanza de apelar a su compasión y buen juicio en el caso de mi tío **Miguel Saravia** Entiendo la seriedad de la situación y la importancia de la justicia, pero me atrevo a solicitarle que considere las circunstancias atenuantes de su caso y le otorgue la mayor clemencia posible.

Mi tío **Miguel Saravia** no es solo un familiar y mi padrino sino un pilar fundamental en mi vida. Es un hombre bueno, honesto y extraordinario, un ejemplo de integridad y bondad que siempre me ha apoyado incondicionalmente. Desde mi infancia, me ha motivado a perseguir mis sueños, a ser una persona mejor y a enfrentar los desafíos de la vida con valentía, optimismo y honradez. Su influencia en mi desarrollo personal ha sido inmensa y su apoyo constante e invaluable. Gracias a su motivación, apoyo y ejemplo soy un joven emprendedor y hombre de bien. Gracias a él pude materializar un sueño y hacerlo realidad, de nombre **"FERMENTO COFFEE SHOP"**, donde puedo expresar mi creatividad a través de mis productos; sin su ayuda económica, el apoyo y motivación constante de mi tío mi proyecto no hubiese podido ver la luz.

**Miguel Saravia** se convirtió en el padre que siempre espere tener, así como he visto criar a sus hijos pequeños mis primos, no me imagino los momentos de su ausencia en nuestras vidas.

Sé que sus acciones han tenido consecuencias, y no pretendo minimizar la gravedad de las mismas. Sin embargo, creo firmemente que la persona que se encuentra ante la corte no refleja la esencia de mi tío: un hombre de buen corazón, dedicado a su familia y a su comunidad. Su error, no define la totalidad de su ser y humanidad.

Le pido a Ud. Sra. Jueza que considere su historial de vida, su carácter y su contribución positiva a la sociedad. Le suplico que le dé una oportunidad de redención, una oportunidad de demostrar que puede enmendar sus errores y volver a ser un miembro productivo y valioso de la comunidad y continuar con su presencia y amor incondicional a su familia.

Sra. Jueza no se dé formalismos para redactar esta carta, pero si del gran afecto que me vincula a **Miguel Saravia** mi tío le agradezco profundamente su tiempo y consideración a la presente. Espero que pueda encontrar en su corazón la compasión y clemencia al momento de emitir sentencia a **Miguel Saravia** mi mentor, ejemplo e inspiración.

Atentamente

.....................................................

**Cesar Enrique Velazco Saravia**

DNI ███████

Lima, Peru, January 8th, 2025

Honorable Judge Allison Burroughs

John Joseph Moakley United States Courthouse

Courthouse Way, Suite 2300

Boston, MA 02210

Letter of Recommendation for: **Miguel Ángel Saravia Reyna**

Your Honor,

Through this letter, I wish to express my most sincere recommendation in favor of Miguel Ángel Saravia Reyna, whom I have known my entire life as my uncle, my father's brother.

Throughout this time, I have had the opportunity to witness the integrity and exemplary conduct of Miguel Ángel Saravia Reyna. He is a hardworking, dedicated man, loving with his family, a good father, uncle, son, and brother. He is a very responsible person and is always there to help those in need.

How could we forget how proud we felt when, in 2021, he was recognized in Boston as the Peruvian Bicentennial Entrepreneur, an achievement we felt was our own?

In particular, I want to highlight that, as his oldest niece, I feel very proud of the man he is. He has always supported me in everything. I never received a "no" from him. Even though we are thousands of miles apart, he is always there when I need him. He is a great human being and has a heart of gold. I could list all his virtues, which surely would never end. I can highlight what he always instilled in us: hard work, perseverance, and love for family. He is a role model for me, my husband, and my children.

I am convinced that Miguel Ángel Saravia Reyna will always act with the highest ethics and respect for justice. For that reason, I believe his background and qualities deserve your consideration and trust in the context in which you are currently evaluating him.

I appreciate any attention you may give to this recommendation and remain available to provide any additional information you may consider necessary.

With nothing further at the moment, I take this opportunity to express my respect and consideration.

Sincerely,

Yrina katianka Saravia Cadenillas

DNI: ███████

Lima. Perú, 08 de enero del 2025

Honorable juez Allison Burroughs

John Joseph Moakley tribunal de estados unidos

1 vía juzgado, suite 2300

Boston. MA 02210

Carta de recomendación para: **Miguel Ángel Saravia Reyna**


Su Señoría:

Por medio de la presente, me permito dirigirme a usted con el propósito de expresar mi más sincera recomendación a favor de Miguel Ángel Saravia Reyna a quien conozco de toda la vida ya que es mi tío hermano de mi Padre

A lo largo de este tiempo, he tenido la oportunidad de observar el carácter íntegro y la conducta ejemplar de Miguel Ángel Saravia Reyna. Él es un hombre trabajador dedicado, amoroso con su familia un buen padre, tío, hijo, hermano. Es una persona muy responsable y siempre está para ayudar a quien lo necesita.

Como olvidar lo orgullosos que nos sentimos cuando en el 2021 fue reconocido en Boston como el peruano empresario del Bicentenario, un logro que lo sentimos propio.

En particular, quiero resaltar que como su sobrina mayor me siento muy orgullosa del hombre que es, siempre me apoyo en todo, nunca recibí un "no" de su parte, aunque estuviéramos a miles de kilómetros de distancia siempre esta cuando lo necesito, es un gran ser humano y tiene un corazón de oro, podría resaltar todas las virtudes con las que cuenta, que seguro nunca terminaría, lo que sí puedo destacar y que siempre nos inculco es el trabajo duro, la constancia y el amor a la familia, para mí, mi esposo y mis hijos es un ejemplo a seguir.

Estoy convencida de que Miguel Ángel Saravia Reyna actuará siempre con la más alta ética y respeto hacia la justicia. Por ello, considero que su trayectoria y cualidades merecen su consideración y confianza en el contexto en el que se encuentra bajo su evaluación.

Agradezco de antemano la atención que pueda brindar a esta recomendación y quedo a su entera disposición para proporcionar información adicional que considere necesaria.

Sin más por el momento, aprovecho para expresarle mi respeto y consideración.

Atentamente

Yrina katiánka Saravia Cadenillas

DNI: ████████

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

November 13, 2024

Dear Honorable Judge Allison Burroughs,

I am honored to write this character letter on behalf of Mr. Miguel Saravia, whom I have had
the pleasure of working with since my husband and I sold our clinical practice, Dana Group
Associates, to him in 2015. Since then, Mr. Saravia has proven to be not only a visionary
business leader, but also a compassionate and dedicated individual having enriched our practice
and community at large.

Mr. Saravia commitment to excellence has been evident in every step he has taken to expand
our practice. Under his leadership, the practice has grown fivefold, allowing us to serve a
broader population with increased services and outreach. Mr. Saravia is an entrepreneur with a
deep sense of responsibility, constantly striving to support those who need it most. He is
especially committed to have the practice provide pro bono psychotherapeutic services to
underserved communities as well as providing philanthropic services in his home country of
Peru. His devotion to helping others has made him a pillar of the community, well-regarded for
his humanitarianism and support for the disadvantaged.

On a personal note, Mr. Saravia's nurturing qualities are reflected in his role as a father and
son. He is a hands-on single parent to his four children, committing his time to their care and
well-being. Additionally, Mr. Saravia's dedication to his elderly parents and their health
challenges is commendable.

As an expert in human development, I ask that you please consider the following in your
decision of Mr. Saravia's future. Mr. Saravia's children Victoria, 7, Alejandra, 10, Sebastian, 11,
and Nydia, 16, are in critical stages of emotional and social development. The incarceration of
their father would cause a profound sense of loss, pain and helplessness to each of his four
children as they rely heavily on their father for stability, guidance, and emotional connection.
Losing his protection would lead to anxiety, confusion, and regressive behaviors. The sudden
void in their lives would impact their self-esteem caused by societal stigma manifested as guilt
and shame. Their world would become unstable, leaving them to navigate their loss with
emotional wounds that will shape their sense of self and trust in others. For these reasons I plea
that you, Honorable Judge Burroughs, consider the least disruptive punishment to the lives of
these four children.

Throughout the years I have been impressed with Mr. Saravia's supportiveness of those
around him including Dana Behavioral Health's maintenance staff, management, administration,
clinicians and clients. Mr. Saravia's altruism make him an outstanding leader, exceptional father,
son, and community leader.

In closing, I wholeheartedly recommend Mr. Saravia as a compassionate, dedicated and
reliable individual that exemplifies what it means to be a supportive member of society.

With the utmost respect, I kindly ask Your Honor to consider these qualities and acts of selflessness in Mr. Saravia's character as you determine his sentencing. I earnestly encourage you to take into account the profound positive impact he has made in his community and to consider leniency. I am confident that Miguel Saravia will continue to serve as a force of good, given the opportunity.

Sincerely,

Dr. Wanda Camacho-Maron, Psy.D.

**Margaret P. Ciampi, PMHNP-BC**
*21 MIDDLESEX AVENUE*
WILMINGTON, MA 01887
Tel (781) 568-9910

September 23, 2024

The Honorable Judge Allison Burroughs
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Your Honor:

I write this letter on behalf of Mr. Miguel Saravia.

Since 2019, I have been employed as a psychiatric nurse practitioner at Dana Behavioral Health. The work is challenging and I believe it benefits an otherwise underserved population. In my five years at Dana Behavioral Health, I have had an opportunity to observe Mr. Saravia on a regular basis.

As the leader of two large health care organizations, Mr. Saravia has faced numerous challenges during the past five years. Among the most serious was the public health crisis that he met with resolve and ingenuity. His response ensured the consistent delivery of high quality mental health and substance abuse treatment to our patients. During this most trying time, I saw Mr. Saravia meet the crisis with intelligence, compassion, and decency in every situation involving patients, their families, and Dana Behavioral Health personnel. Mr. Saravia has always communicated his concern for the welfare of patients and staff. Most importantly, Mr. Saravia has made each and every employee of Dana Behavioral Health feel valued and respected.

We have all heard that one person can make a difference in the world. We all hope it will be said of us. What I can say without reservation is that Mr. Saravia has made such a difference in the lives of all who he has touched at Dana Behavioral Health. .

Very Truly Yours,

*Margaret Ciampi*

Margaret Ciampi, PMHNP-BC



**DBH** | **DANA BEHAVIORAL HEALTH**

September 30th, 2024

To The Honorable Judge Allison D. Burroughs,

I am writing this letter on behalf of Miguel Saravia. My name is Julie Clancy and I am currently the Clinical Director of the South Shore for Dana Behavioral Health. I have known Miguel for more than five years and had the pleasure of meeting him as a potential candidate for employment back in March of 2019.

My first impression of Miguel was that he spoke very passionately about family values during our first meeting. He was very interested in my experience of working as an in home therapist doing both family and individual work with less fortunate youth in the South Shore Community. I learned that the company accepted both commercial and public health insurances and found his commitment to accessibility to services to be in integrity with his value of family and delivery of mental health services. Once I onboarded with the company, I quickly learned of his dedication to his own family as I watched him interact with his own children at holiday gatherings and other functions over the years. His love for his children and his pride in his role as a father is at the center of his character. Additionally, I have felt very supported by Miguel in my own journey and growth in the company. From his strong support in my vision of developing into a leader at DBH balanced with his understanding for my personal family scheduling needs over the years, I am incredibly grateful for his compassion and leadership. Without him, I would have never had the courage or the opportunity to reach my long term goals of becoming a leader in the field of mental health. I am aware the reasons why Miguel has been brought before the court and do believe that he never had any wrongful intent in the charges filed against him based on what I know of his character.

Thank you for your consideration of my experiences and understandings of Miguel Saravia. Please do not hesitate reach out to me if you have any questions. My email is ████████████████████ and my personal cell phone number is ███████████.

Sincerely,

Julie Clancy, LMHC

Julie Clancy, LMHC
Dana Behavioral Health
Clinical Director, South Shore

September 24, 2024

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I have known Miguel Saravia since July 2019, when he first brought me on as a clinician at Dana Group Associates (now Dana Behavioral Health). Since that time, in addition to being a clinician, I am a supervisor for LCSW clinicians and the director of the mentorship program, which I created with the support of Miguel several years ago to improve the onboarding process for new hires.

In that time that I have worked with Miguel, I have come to know him as a compassionate and family oriented person. One of the things that initially drew me to working for this agency was the fact that this family mindset was so important to him. Despite the growth over the years, this was an aspect that Miguel strived to maintain, which has been evident to me throughout my tenure when we've had discussions around different ways to support and improve the wellbeing of employees. Post-Covid, when the office was more hybrid and people reported feeling disconnected from colleagues, Miguel supported the start of a committee with the sole purpose of boosting morale and providing connectedness. When I personally was going through some difficult times outside of work, Miguel was willing to work with me in a variety of ways to ensure that not only were my client's needs met, but that I was as well. One particular time that stands out is when there was an unexpected death in my family that occurred while I happened to already be away for a week, Miguel approved extended bereavement time so I could be with my family. These types of moments were when the best, understanding side of Miguel were evident.

This side of Miguel carried down to our clientele as well. On multiple occasions throughout the years I have had families who have gone through financial hardships and Miguel has been willing to offer reduced copayments for therapy so they can continue to receive the support they needed. In one situation, I worked with a child whose father was facing legal charges and as a result, the insurance that had been provided by the father was ending. Rather than forcing this child, her sister, and her mother, who were all working with therapists here, to stop services until the mother could get insurance set up, Miguel recognized how important maintaining these appointments were and provided a significantly lowered out of pocket rate for them to maintain treatment.

I have been truly grateful to Miguel and the opportunity he gave me when he hired me. Miguel's willingness to think outside the box with employees and to always work to support people's areas of expertise and desired growth has made working for him an overwhelmingly positive experience. I appreciate his willingness to dream right alongside us and try to make some of these dreams a reality.

Thank you for your consideration.

Sincerely,

Stephanie Cohen, LICSW

**The Honorable Allison D. Burroughs**
**John Joseph Moakley U.S. Courthouse**
**1 Courthouse Way, Suite 2300**
**Boston, Massachusetts 02210**

September 26, 2024

**RE: Character Reference for Miguel Saravia**

Dear Judge Burroughs,

My name is Jazmin Colón and I am the wife of Saviel Colón. My husband and Miguel Saravia have shared a profound friendship since 2003, one that has deepened over the years to the point where Miguel is not just a best friend, but truly considered family. I am a mother of 2 beautiful children, an 11-year-old son and an 8-year-old daughter. Miguel has children in very close age proximity. My son considers Miguel's 11-year-old son his best friend and my daughter has a great relationship with Miguel's 7-year-old daughter.

As a mother, I am often called "Mama Bear" by my kids due to my protective nature and my 6th sense when it comes to taking care of them. It is remarkable to see these similar traits displayed by Miguel. His dedication to his children is truly extraordinary. Miguel consistently puts his children's needs first and is fully involved in their daily lives, from helping with homework to preparing meals, and ensuring they have a structured and nurturing environment. The fact that his children live with him full-time showcases his unwavering commitment to their well-being and his exceptional capability as a primary caregiver.

What impresses me most about Miguel as a father is how he skillfully balances discipline with affection. He sets clear boundaries and expectations for his children while also fostering an atmosphere of warmth and open communication in their home. His children are well-behaved, respectful, and visibly happy, which is a powerful testament to Miguel's outstanding parenting skills.

Via this letter, I want to express my deep concern about the potential impact on Miguel's children should he be required to serve prison time. As their primary caregiver and the center of their world, Miguel's absence would be profoundly devastating to their emotional well-being and development. His children rely on him not just for their daily needs, but for the sense of security, love, and stability that he provides. The sudden removal of this crucial support system could have long-lasting negative effects on their mental health, academic performance, and overall life trajectory.

I am also concerned with the perception and potential bullying that his children may face by having a parent in prison. This could further add to the trauma for these young, beautiful children. They would face not only the emotional pain of separation but also potential social challenges and a disruption to the stable, nurturing environment that Miguel has worked so hard to create. The loss of their father's daily guidance, support, and love during their crucial developmental years could lead to feelings of abandonment, anxiety, and depression, potentially altering the course of their lives in significant ways. I sincerely believe that keeping this family together is crucial for the well-being and future of these innocent children.

Thank you for your time and consideration. If you require any additional information, please don't hesitate to contact me at

Sincerely,

Jazmin Colón

**The Honorable Judge Allison Burroughs**
**John Joseph Moakley United**
**States Courthouse 1 Courthouse**
**Way, Suite 2300**
**Boston, MA 02210**

Lima Octubre 26, 2024

Su Señoría Allison Burroughs:

Me permito dirigirme a usted con el propósito de escribir sobre una persona que ha tenido un impacto profundo y significativo en mi vida y en la de mis hijas. Conozco a Miguel desde hace más de 30 años, es generoso, noble y siempre pendiente de toda su familia, sus hijos, hermanos y sus ancianos padres. Su presencia ha sido un pilar fundamental para mis dos hijas Alejandra y Nidya, brindándonos estabilidad, amor y, sobre todo, un ejemplo a seguir en todo momento.

Cuando mi hija mayor Nidya tenía 5 años actualmente tiene 16 años, sufrió abuso emocional y físico de parte de su padre biológico, después de eso Miguel asumió el rol de padre con una entrega que muy pocas veces se ve. Desde el primer día, su amor por ella fue incondicional, y a lo largo de todos estos años ha sido su guía, su protector y su apoyo constante. Nunca permitió que le faltara nada, velando con cuidado y esmero por su salud, su educación y su bienestar emocional. En cada paso importante de su vida, Miguel estuvo presente, no solo como figura paterna, sino como una fuente de amor y seguridad que la ha hecho sentir siempre protegida. Con el tiempo, con el tiempo llego nuestra hija menor, Alejandra quien ahora tiene 10 años. Y desde ese momento, el amor y la atención que Miguel les ha dado a ambas han sido siempre iguales. No ha habido diferencias entre ellas; siempre ha mostrado el mismo cariño, la misma dedicación y la misma preocupación por su bienestar. En él, nuestras hijas han encontrado a un padre íntegro, siempre dispuesto a sacrificar lo que fuera necesario para asegurar que sus necesidades emocionales y físicas estén cubiertas. Aunque la vida a veces lo ha mantenido lejos, Miguel siempre ha encontrado la forma de estar presente como padre, demostrando su devoción y compromiso inquebrantable, llamándola todos los días por video llamada, incluso ayudando a hacer tus tareas via videollamadas. De igual manera Miguel hace todo lo posible para visitar a sus hijas cada 2 o 3 meses y estar presente en las fechas mas importantes para ellas. Miguel también se que es un buen padre responsable con sus dos hijos quienes viven con el Sebastían y Victoria. Actualmente, estamos en proceso de adopción de nuestra hija Nidya, un paso que reafirma el amor y la dedicación que Miguel ha demostrado a lo largo de los años. Este no es solo un trámite legal, sino la consolidación de un vínculo que ha nutrido con cuidado, apoyo y amor incondicional.

En lo personal, Miguel también ha sido un apoyo para mi, en Septiembre 2023 tuve un accidente de

The Honorable Judge Allison Burroughs

John Joseph Moakley United

States Courthouse 1 Courthouse

Way, Suite 2300

Boston, MA 02210

Lima, October 26th, 2024

Your Honor Allison Burroughs,

I am writing to you with the purpose of speaking about a person who has had a profound and significant impact on my life and that of my daughters. I have known Miguel for more than 30 years. He is kind-hearted, honorable, and attentive to his whole family, including his children, siblings, and elderly parents. His presence has been a fundamental pillar for my two daughters, Alejandra and Nidya, providing us with stability, love, and, above all, an example to always follow.

When my eldest daughter, Nidya, was five years old (she is now 16), she suffered emotional and physical abuse from her biological father. After that, Miguel took on the role of a father with a devotion that is rarely seen. From the very first day, his love for her was unconditional, and over all these years, he has been her guide, protector, and constant support. He always ensured she had everything she needed and was dedicated to taking care of her health, education, and emotional well-being. At every important stage of her life, Miguel has been there, not just as a father figure but as a source of love and security that has always made her feel protected. Over time, our younger daughter, Alejandra, was born, and she is now ten years old. From that moment on, the love and attention Miguel has given to both have always been the same. There has never been a difference between them; he has always shown them the same affection, dedication, and concern for their well-being. In him, our daughters have found a father of integrity, always ready to make sacrifices to meet their emotional and physical needs. Even though life has sometimes kept him far away, Miguel has always found a way to be present as a father, demonstrating his unwavering devotion and commitment, calling them every day on video calls and even helping them with their homework through video calls. Likewise, Miguel does everything possible to visit his daughters every two or three months and to be present on the most important dates for them. I also know that Miguel is a responsible and loving father to his two children: Sebastián and Victoria, who live with him. Currently, we are in the process of adopting our daughter Nidya, a step that reaffirms the love and dedication Miguel has shown over the years. This isn't merely a legal formality; it's the strengthening of a bond that he has cultivated with care, support, and unconditional love.

Personally, Miguel has also been a great support to me; in September 2023, I had a car accident. Out of concern for Alejandra and Nidya, Miguel traveled as soon as possible to take care of them and to support me with my medical appointments and recovery. Miguel has not only been an exemplary father but also an incredible human being. Over the years, I've had the privilege of witnessing how his generosity, patience, and unconditional love have made him a source of love and security for everyone around him. He is a kind-hearted man who always prioritizes the well-being of others without expecting anything in return, and his love has consistently been a guiding light in our lives. For all those reasons,

I feel truly honored to express, from the bottom of my heart, what a remarkable man and father Miguel Ángel Saravia Reyna is. His dedication, unconditional love, and relentless efforts to give us the best of himself have truly been a remarkable gift, transforming our lives in an incomparable way. I am finishing my medical studies and hope to graduate in 2026. Miguel has been my support throughout all these years, allowing me to continue my studies and grow professionally. Likewise, Your Honor, Miguel is our only financial provider; he is the one who covers all the expenses for education, health, and food.

Honorable Judge, I sincerely thank you for allowing Miguel to attend Nidya's 16th birthday, which is a special occasion every year.

I am also aware of the charges to which Miguel has pleaded guilty, and I have seen his remorse and his fear of being unable to be with his children, caring for them, providing for them, and protecting them. I plead with Your Honor for leniency in his sentencing because he is a good father and a person. I humbly ask that you consider giving him another opportunity to demonstrate his commitment to society and continue contributing positively to the well-being of everyone and his loved ones.

Sincerely,

Patricia Sequeiros Condemaita

DNI ████

carro. Miguel en su preocupación por Alejandra y Nydia, viajo lo mas pronto posible para poder cuidar de ambas, y de igual manera apoyarme en mis citas medicas y cuidado. Miguel no solo ha sido un padre ejemplar, sino también un gran ser humano. A lo largo de los años, he tenido el privilegio de ver cómo su generosidad, su paciencia y su capacidad para amar sin reservas han hecho de el una persona que dar amor y seguridad. Es un hombre cuya naturaleza bondadosa lo lleva siempre a anteponer el bienestar de quienes lo rodean, sin pedir nada a cambio, y cuyo amor ha sido un faro constante en nuestras vidas. Por todo esto, considero un privilegio poder expresar, desde lo más profundo de mi corazón, el gran hombre y padre que es Miguel Ángel Saravia Reyna. Su dedicación, su amor incondicional y su constante esfuerzo por brindarnos lo mejor de sí mismo han sido un verdadero regalo que ha transformado nuestras vidas de manera incomparable. Actualmente estoy terminando mis estudios de Medicina, y espero poder graduarme en el 2026, todo estos años Miguel ha sido un apoyo para yo poder seguir con mis estudios y crecer profesionalmente. De igual manera su Señoria Miguel es el nuestro único sosteno económico, es quien cubre todos los gastos de estudios, salud y alimentación.

Honorable Jueza, le agradezco sinceramente por permitir a Miguel asistir al cumpleaños 16 de Nidya, un momento especial como todos los años.

De igual manera se los cargos que Miguel se ha declarado culpable, y he visto su arrepentimiento y el miedo de no poder estar al lado de sus hijos y no poder cuidarlos, proveer y protegerlos. Ruego a su Señoria benevolencia en la sentencia, ya que él es un buen padre y una buena persona. Con humildad, pido que considere darle otra oportunidad para demostrar su compromiso con la sociedad y continuar aportando de manera positiva al bienestar de todos y sus seres queridos.

Atentamente.

Patricia Sequeiros Condemaita
DNI

**Cusco, January 6th, 2025**

**The Honorable Judge Allison D. Burroughs**

**JOHN Joseph Moakley U.S. Courthouse**

**1 Courthouse Way, Suite 2300**

**Boston, Massachusetts 02210**

This letter is written by CONSUELO ISABEL SARAVIA REYNA, a psychologist by birth and Peruvian. I address you with the respect you deserve to express my most sincere support for my brother, MIGUEL ANGEL SARAVIA REYNA, during these difficult times he is currently facing. As his older sister, I have had the privilege of witnessing his life closely, the formation of his character, and his personal and professional growth, and I can state with absolute certainty that he is an exceptional man, a devoted father, a person of integrity, and an upstanding citizen.

MIGUEL SARAVIA is not only my brother but also an extraordinary father to his children: Sebastián, Alejandra, Victoria, and Nidia (his daughter by upbringing). I have observed his unwavering commitment to their well-being, dedication to their education, and constant effort to provide them with love and stability. He is a present, loving father who is deeply involved in their lives and actively participates in their school, sports, and extracurricular activities. His patience and his ability to understand the individual needs of each of his children are truly admirable.

Beyond his role as a father, MIGUEL SARAVIA is known for his deep solidarity and honesty. Throughout his life, he has shown unwavering loyalty to his moral principles, always acting with integrity and uprightness. I remember well that, despite his young age and little experience, he was always a guide, an example, and a motivation for my children, who are now professionals. All of this reflects his noble character and his commitment to the common good.

His honesty is not limited to grand gestures but is shown in the small details of his daily life. He is a reliable, responsible person, always willing to help others without expecting anything in return. His generosity and compassion are qualities that distinguish him and make him a truly special person. I remember that in 2021, with great pride, he helped me raise funds for an indigenous community where I was working, called Shima, located in BAJO URUBAMBA IN CUSCO, PERU, to obtain internet service. He also delivered food and toys and organized a Christmas celebration.

I must also highlight his interest in contributing to children's mental and emotional health in the city of Cusco. So much so that the **"MUNAY WASI CENTER FOR WELL-BEING AND COMPREHENSIVE CARE FOR CHILDREN AND ADOLESCENTS" was created, a project we started with much love and enthusiasm. It is currently on hold, waiting for its mentor, Miguel Saravia, to help us continue this valuable project to provide care to low-income families.**

In summary, MIGUEL SARAVIA is a man of unshakable integrity, a loving and devoted father, and a generous and kind brother who is always ready to support us. I have never been turned down by him. He is a respectful and loving son, a supportive and honest person, and a believer. He is truly a testimony of life and an example to follow. I proudly

recall that in 2021, he was recognized in Boston as the Peruvian Bicentennial Entrepreneur. How could I not feel everything my little brother is going through today? Therefore, Your Honor, I ask for clemency for my brother Miguel Saravia because he has proven to be a good man and a citizen who contributes to his society throughout his life. I fully trust your capability and humanity regarding the case I present for your consideration.

Thank you for your time and attention.

Sincerely,

Consuelo I. Saravia Reyna PSYCHOLOGIST ███████

Consuelo Isabel Saravia Reyna

Cusco, 06 de Enero 2025

The Honorable Judge  Alisson D Burroughs

JOHN Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

Quien escribe la presente misiva es CONSUELO ISABEL SARAVIA REYNA, psicóloga y peruana de nacimiento, me dirijo a Ud. Co el respeto que amerita  para expresar mi más sincero apoyo a mi hermano MIGUEL ANGEL SARAVIA REYNA, en los momentos tan difíciles que les está tocando vivir ahora, Como su hermana mayor, he tenido el privilegio de presenciar de cerca su vida , la formación de su carácter y su crecimiento personal y profesional, y puedo afirmar con absoluta certeza que es un hombre excepcional, un padre dedicado , una persona integra, y un ciudadano de bien.

MIGUEL SARAVIA no es solo mi hermano, sino también un padre extraordinario para sus hijos: Sebastián, Alejandra, Victoria y Nidia (su hija de crianza) He observado su compromiso inquebrantable con el bienestar, su dedicación a su educación y su constante esfuerzo por brindarles amor y estabilidad. Es un padre presente, cariñoso y profundamente involucrado en sus vidas, participando activamente en sus actividades escolares, deportivas y extracurriculares. Su paciencia y su capacidad para comprender las necesidades individuales de cada uno de sus hijos son verdaderamente admirables.

Más allá de su rol como padre, MIGUEL SARAVIA se caracteriza por su profunda solidaridad y honestidad.  A lo largo de su vida, ha demostrado una inquebrantable lealtad a sus principios morales, actuando siempre con integridad y rectitud. Recuerdo  mucho que a pesar de su corta edad y poca experiencia fue siempre una guía, un ejemplo y motivación para mis hijos hoy ya profesionales. Todo ello refleja su carácter noble y su compromiso con el bien común.

Su honestidad no se limita a las grandes acciones, sino que se manifiesta en los pequeños detalles de su vida diaria. Es una persona confiable, responsable y siempre dispuesta a ayudar a los demás, sin esperar nada a cambio. Su generosidad y su empatía son cualidades que lo distinguen y lo hacen una persona verdaderamente especial, recuerda que en el año 2021 con mucho orgullo fue el quien me ayudo a conseguir fondos para una comunidad NATIVA , donde yo laboraba LLAMADA SHIMA, ubicado en el BAJO URUBAMBA EN CUSCO PERU, para la adquisicion del servicio de internet, asi mismo pudiendo llevar viveres, juguetes y realizar un compartir por navidad.

No puedo dejar de resaltar su interes por contribuir a la salud mental y emocional de los niños y niñas de la ciudad del Cusco, tal es asi que se creó" **MUNAY WASI CENTRO DE BIENESTAR Y ATENCION INTEGRAL A NIÑOS Y ADOLESCENTES"**, proyecto que iniciamos con mucho cariño y entusiasmo y por el momento esa varado , esperando a que su mentor Miguel Saravia pueda

ayudarnos a continuar con tan valioso proyecto que será de atención a familias de escasos recursos.

En resumen, MIGUEL SARAVIA es un hombre de inquebrantable integridad, un padre amoroso y dedicado un hermano bueno y desprendido que siempre está dispuesto apoyarnos de Él jamás encontré una negativa es un hijo respetuoso y amoroso , una persona solidaria y honesta, creyente , la verdad es un testimonio de vida y un ejemplo a seguir, recuerdo con orgullo que en el 2021 fue reconocido en Boston como el Peruano empresario del Bicentenario, como no sentir todo lo que está atravesando mi hermanito hoy; por ello Señora Magistrada pido clemencia para mi hermano Miguel Saravia, porque a lo largo de su vida ha demostrado ser un hombre de bien y un ciudadano que contribuye a su sociedad.. Confío plenamente en su capacidad y su humanidad para el caso que expongo a su consideración.

Agradezco su tiempo y atención.

Atentamente

Consuelo I. Saravia Reyna
PSICOLOGA
C.Ps.P. 1200

**Consuelo Isabel Saravia Reyna**

**CHARACTER REFERENCE LETTER**

**CRISTINA SARAVIA REYNA**



**January 11th, 2025**

**HONORABLE JUDGE ALLISON BURROUGHS**

**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY, SUITE 2300**
**BOSTON MA 02210**

**DEAR JUDGE ALLISON BURROUGHS:**

Receive my warm and respectful greeting.

With due respect, I write to you as a sister to advocate for Miguel Ángel Saravia, whom I have known my entire life as he is my younger brother. I, the undersigned, am a professional lawyer and a Peruvian citizen. It is an honor to vouch for his personality, character, and integrity.

Miguel Saravia has always demonstrated qualities of honesty, integrity, and responsibility—as a citizen, father, son, and brother—as well as in his personal life. He is a kind being with a great heart, generous and giving to people and to his family. His noble actions make him a great human being and citizen. A specific case in which those qualities were evident was when I was diagnosed with cancer. He was the one who helped me at all times, not only financially so I could undergo surgery and treatment, but also giving me strength, with his love and words, helping me overcome the deep depression I was in due to my health situation, and overcome the illness with the patience he had with me in those hard moments. Even though he was not physically present at the time, the love he expressed through phone calls made my recovery swift, almost miraculous; he was also concerned about the emotional well-being of my little daughter, who was seven years old at the time.

In addition to the qualities mentioned, Miguel Saravia has participated actively in Cusco society, contributing positively to resolving delicate situations among families and people in his circle, such as schoolmates. He has always been committed to a peaceful society. He has also supported his nieces and nephews in achieving their dreams of continuing their studies. He is an excellent guide and counselor for all and a role model uncle. Despite having had several health episodes, including an early kidney cancer diagnosis and surgery, along with other health issues, he has never ceased to show unconditional love for his family. His young children are the driving force of his life. They would be deeply affected emotionally if their beloved father, Miguel Saravia, were absent, as he is their provider, friend, and guide. All he has been through speaks to his dedication to others and the trust with which he always acts, never seeing malice in others.

I know my brother is facing charges, but I believe the conduct, character, and integrity of Miguel Saravia are exemplary and make him deserving of your compassion and leniency. Your Honor, if necessary, please feel free to contact me at the number or email address listed in this letter. I am willing to provide any information and/or clarification you may require.

Thank you for your time and attention.

Respectfully,



MARIA CRISTINA SARAVIA REYNA
DNI

## CARTA DE CARÁCTER

CRISTINA SARAVIA REYNA



Enero 11 , 2025

HONORABLE JUEZ ALLISON BURROUGHS

JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON MA 02210

ESTIMADA JUEZ ALLISON BURROUGHS:

Reciba un cordial y respetuoso saludo.

Con el debido respeto me dirijo a usted en como hermana, para abogar por Miguel Ángel Saravia, a quien conozco de toda la vida por ser mi hermano menor, la suscrita soy Abogada de profesión, Peruana. Es un honor responder por su personalidad, forma de ser e integridad.

Miguel Saravia siempre ha mostrado cualidades de honestidad, integridad y responsabilidad, como ciudadano, padre, hijo y hermano, así como en su vida personal, es un ser amable, con un gran corazón, bondadoso, dadivoso con las personas y con su familia, sus nobles actos hacen de él un gran ser humano y ciudadano. Un caso concreto en el que estos rasgos fueron evidentes cuando me diagnosticaron cáncer fue quien me ayudo en todo momento no solo económicamente para someterme a una operación y tratamiento, también dándome fortaleza, con su amor y palabras logrando salir de la fuerte depresión que me encontraba por la situación de salud, y superar la enfermedad con la paciencia que tuvo conmigo en esos duros momentos, aunque aquella vez no se encontraba presente el amor que impartía por medio de llamadas hacían que mi mejoría fuera rápida, casi milagrosa; preocupándose también del estado emocional de mi hijita quien en ese tiempo tenía siete años.

Además de las cualidades mencionadas, Miguel Saravia ha participado activamente en la sociedad cusqueña aportando de manera positiva a resolver situaciones delicadas entre familias y personas de su entorno como compañeros de los colegios, siempre comprometido por una sociedad de paz. Así mismo apoyando a sus sobrinos a poder realizar sus sueños de seguir estudiando, es un tío ejemplo para todos, guía y buen consejero. A pesar de haber tenido varios episodios de salud, un diagnóstico temprano de cáncer al riñón y operación, como otros temas de salud, nunca a dejado de lado el amor incondicional a su familia. Sus pequeños hijos son el motor de su vida, quienes se verían muy afectados emocionalmente si su amado padre Miguel Saravia les falta por ser él su proveedor, amigo y guía. Por todo lo que a pasado habla de la entrega por los demás y la confianza con la que siempre actúa, sin ver la malicia en los demás.

Se que mi hermano enfrenta cargos, pero creo que la conducta, forma de ser e integridad de Miguel Saravia son ejemplares, le hacen merecedor de su compasión y benevolencia. Magistrada si es necesario póngase en contacto conmigo en el número o la dirección de correo electrónico que indico en la carta, estoy dispuesta a dar cualquier información y/o aclaración que requiera.

Gracias por su tiempo y consideración.

Respetuosamente,

J. Cristina Saravia Reyna
ABOGADA
ICAC. 2956

MARIA CRISTINA SARAVIA REYNA
DNI N°

Address:
District:
Email:
Phone Number:
Date:                 January 13th, 2025

**HONORABLE JUDGE ALLISON BURROUGHS**

**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY, SUITE 2300**
**BOSTON MA 02210**

Dear Judge ALLISON BURROUGHS:

The person writing is a project supervisor in Peru. I address you as a brother to advocate for Miguel Saravia Reyna, whom I have known all my life, as he is my older brother. It is an honor to vouch for his character and integrity throughout my brother's life.

In our family, we were taught values such as honesty, responsibility, punctuality, perseverance, and respect. Miguel Saravia has always demonstrated those qualities.

Above all, he is a great human being, always concerned with helping resolve problems that do not affect him personally, unconditionally supporting the whole family, often acting as the older brother even though he is not.

And what I admire most about my brother Miguel Saravia is that he is a great father. I honestly don't know what would become of my nieces and nephews if their father were to be deprived of his freedom, knowing they would not see him every day, that he wouldn't be there to pick them up from school, and that they wouldn't be able to spend weekends with their dad.

I don't know how my brother Miguel Saravia manages to stay attentive to each of his children, keep in touch with the girls in Peru, and dedicate time to his little ones in the U.S.  I also want to point out that my brother Miguel Saravia takes care of our elderly parents, who live with him at his home.

I could highlight many qualities of my brother Miguel Saravia. I simply ask for CLEMENCY at the time of sentencing. I am fully available should you wish to contact me at the number or email address provided above if you need more information or clarification.

Thank you for your time and attention.


Sincerely


EDGUAR MARCIAL SARAVIA REYNA

Nombre:
Direccion:
Distrito:
Correo electrónico:
Numero contacto:
Fecha:                    enero 13 del 2025

**RESPETABLE JUEZ ALLISON BURROUGHS**

**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON MA 02210**

Estimada Juez ALLISON BURROUGHS:

Quien escribe es supervisor de proyectos en Perú me dirijo a usted en calidad de hermano, para abogar por Miguel Saravia Reyna, a quien conozco desde siempre por ser hermano mayor. Es un honor responder por su carácter e integridad en los años que tiene mi hermano.

En nuestra familia nos han inculcado valores como honestidad, responsabilidad, puntualidad, perseverancia y respeto Miguel Saravia siempre ha demostrado cualidades al respecto.

Sobre todo, es un gran ser humano preocupándose en ayudar a resolver los problemas ajenos a su persona, apoyando incondicionalmente a toda la familia comportándose muchas veces como el hermano mayor sin serlo.

Y lo que más admiro de mi hermano Miguel Saravia que él es un gran padre, realmente no sé qué sería de mis sobrinos si a su papa le llegan a privar de su libertad, el saber que no podrán verlo todos los días, que no estará ahí para recogerlos del colegio y que el fin de semana no podrán compartir con su papa.

Miguel Saravia no sé cómo hace para estar pendiente de cada uno de sus hijos comunicándose con las niñas que se encuentran Perú y el tiempo que les dedica a sus pequeños en EEUU. También quiero indicar que mi hermano Miguel Saravia se encarga de ver por nuestros padres que están en la tercera edad y viven con mi hermano en su domicilio.

Tengo muchas cualidades para resaltar de mi hermano Miguel Saravia solo quiero pedir CLEMENCIA al momento de sentenciar. Estoy en plena disposición para que pueda ponerse en contacto conmigo en el número o la dirección de correo electrónico indicados si necesita más información o aclaraciones.

Gracias por su tiempo y consideración.

Atentamente,

EDGUAR MARCIAL SARAVIA REYNA

**MARITZA CADENILLAS FLORES**



**January 15th, 2025**

HONORABLE JUDGE ALLISON BURROUGHS

JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON MA 02210

**Dear Judge ALLISON BURROUGHS:**

I address you as a friend of Mr. Miguel Saravia.

Miguel Saravia is someone who comes from a family with strong principles and values, and one of the many things I admire about Miguel Saravia is that, being so young, he left his family and homeland for study and work, achieving all he has today through great effort and sacrifice.

Your Honor, I would like to share that here in Peru, Miguel Saravia always looks out for his family, and proof of that is how he is always attentive to the entire family, especially his nieces and nephews, supporting them and giving them ideas to start businesses and succeed. Things don't always go as planned, but he is always there to offer support, help them keep going, and not give up. Another reason I admire and respect him is the fact that Miguel Saravia gave his last name to the girl he helped raise here in Peru as his daughter.

Let me tell you, Your Honor, that the biological father of the girl treated her very poorly, and Miguel Saravia stepped in to take on the role of father and friend to the girl, who is now a well-raised and well-cared-for young woman. The love seen by that girl toward Miguel Saravia is beautiful, and she knows she can always count on him. Proof of this is that he recognized her as his daughter by giving her his last name, something not everyone here in Peru would do.

I hope this letter helps demonstrate that Miguel Saravia is not an ordinary person.
He has shown us that he is a gentleman among gentlemen. Of course he has flaws like any human being, but he has far more virtues than defects.

I believe the behavior and nature of Mr. Miguel Saravia are an example for society.
For this reason, I ASK FOR CLEMENCY at the time of sentencing.

I am fully available should you wish to contact me at the number or email address provided above if you need more information or clarification.
Thank you for taking the time to read this letter.

Maritza Cadenillas Flores
DNI

**MARITZA CADENILLAS FLORES**

██████████████████

██████████████████████

**Enero 15 del 2025**

HONORABLE JUEZ ALLISON BURROUGHS

JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON MA 02210

**Estimada juez ALLISON BURROUGHS:**

Me dirijo a usted en calidad de amiga del señor Miguel Saravia.

Miguel Saravia es una persona que viene de una familia con muchos principio y valores, y una de las tantas cosas que admiro de Miguel Saravia es que siendo tan joven se fue lejos de su familia y su patria por motivos de estudio y trabajo, logrado con mucho esfuerzo y sacrificio lo logrado hasta ahora.

A su señoría le comento que acá en Perú Miguel Saravia siempre ve por la familia y prueba de ello es que para pendiente de toda la familia especialmente de sus sobrinos, apoyándoles y dándoles ideas para realizar algún negocio y poder surgir, si bien es cierto a veces no funciona como uno espera, pero siempre él está ahí para darles su apoyo y ayudarles a seguir y no rendirse y otra razón que admiro y respeto es el hecho que Miguel Saravia dio su apellido a la hija que le vio crecer de pequeña acá en Perú.

Le cuento su señoría que el padre de la niña en mención se portó muy mal con su pequeña y Miguel Saravia asumió el rol de padre y amigo con la niña que ahora es una señorita bien cuidada y criada y el amor que se ve de esa niña hacia Miguel Saravia es hermoso y ella sabe que siempre contara con la prueba de ello es que el la reconoce como su hija dándole su apellido, cosa que acá en el Perú no lo hace cualquiera.

Ojalá esta carta ayude a desmostar que Miguel Saravia, no es una persona común, él nos ha demostrado que es un señor de señores, por supuesto con errores como cualquier ser humano, pero más virtudes que defectos.

Pienso que la conducta y el carácter del señor Miguel Saravia son ejemplo para esta sociedad, necesita por esto PIDO CLEMENCIA al momento de sentenciar.

Estoy en plena disposición para que pueda ponerse en contacto conmigo en el número o la dirección de correo electrónico arriba indicados si necesita más información o aclaraciones. Gracias por su tiempo en leer esta misiva.

---

Maritza Cadenillas Flores
DNI ████████

Kaitlin Gaffney



September 26, 2024

RE: Mr. Miguel Saravia

To The Honorable Judge Allison D. Burroughs:

I am writing on behalf of Miguel Saravia. I am a psychiatric nurse practitioner and have known as well as worked for Miguel Saravia for the past six years. In the time I have known and worked for him, Miguel has been ginuwine, hardworking, honest, generous and caring. As someone that I have looked to for guidance and support during my time working for him, the allegations against him came as a shock. It is for these reasons that I felt it important to provide a character reference for Miguel.

The allegations brought against Miguel are of a most serious nature and as a nurse practitioner, something I do not take lightly. However, in knowing and working for Miguel, I have seen him demonstrate true care and compassion for his employees and our patients. One of the major factors that drew me to work for Miguel was his sincere care for high quality patient care. He has always allowed me and my colleagues to provide evidence-based care including providing medication management with supportive therapy to our patients. He never expected or pushed for patients to be seen on a rapid basis which would allow for a high volume of patients to be seen per day. Most employers in this field do require this at the cost of good quality patient care. This is something that I am not willing to sacrifice and thus why it was so important to me to find an employer like Miguel who has the same values as I do. Miguel has always allowed and trusted me to use my clinical judgment to make decisions and advocate for my patients. There have been several occasions where he has gladly provided pro bono services for patients in need who did not have health insurance and could not afford to pay for necessary care out of pocket. I have witnessed him also advocate and demonstrate true generosity for many of our patients in the practice.

On a personal level, Miguel has always been professional, caring and generous with me. He is someone I have gone to for support and advice in difficult and upsetting times that have inevitably come up in this line of work. There was one particular instance that I will always remember for his kindness and caring nature. I was traveling and unable to fly home for several days due to severe winter weather. I told Miguel about this and without hesitation, he helped me and my fiance (who Miguel has never even met) to get home as soon as possible.

In conclusion, while acknowledging the seriousness of the accusations, I respectfully request that the court consider his longstanding exemplary character. Miguel has already taken steps to

improve our practice and learn from his mistakes. I plan to help support him and the practice by continuing to educate myself and my colleagues on the errors and mistakes that may have been made over the past several years. I am confident that Miguel has and will continue to learn from this incident in order to provide the best care to our patients. It is because of Miguel that so many members of our community have access to high quality mental health care - something that is difficult to find right now. In your judgment of him, please consider his positive character and the impactful role he has had on our community.

Sincerely,

Kaitlin Gaffney

Juan Galarza



The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

November 4th 2024

Dear Honorable Judge Burroughs,

I am writing to you on behalf of my friend and colleague, Mr. Saravia, to respectfully provide insight into Mr. Saravia's character as you consider the matter before you.

I would like to express that I will always be grateful to Mr Saravia because he provided me with an opportunity as I was having trouble getting anywhere in life. Because of Mr Saravia I have a career, a career that I have grown to excel in over the years. He is mostly responsible for helping me grow not only as a person, but as a professional. I have been a part of Dana Group Associates/Dana Behavioral Health since November of 2018 and together we have developed a great working relationship that has taken this company to great heights. Together we have encountered many working challenges such as the Covid pandemic, and a recent cyber attack just to name a couple and together we overcame it and he did everything possible to keep over 120 employees with jobs both times when others were struggling to keep their businesses open.

I consider Mr. Saravia not only my colleague but a true friend that was there for me in the most difficult times of my life. He was there for support when I had lost my father in January of 2019 when I had barely two months into employment, he offered me his continued support as I struggled with this loss. . I will also never forget when in the summer of 2023 I had to be out of work for over a month due to a very serious medical issue and Mr. Saravia took the time to visit me at my home to ensure that I was doing ok. I have known Mr. Saravia to be very compassionate not only to his workers but to his clients as well. He has the biggest heart and has shown it over the years by always helping people out in any way possible giving them an opportunity.

As a member of the billing team for the past few years there had been many times he has went out of his way to help out a patient who was struggling to meet their financial obligations by giving them large discounts and even at times writing off an entire patient bill even though I did would not agree with the decision because it did not make business sense at the time, however his only concern was that patients continued to receive the care that they needed and cared for their well bein.. When a provider in our practice would vouch for a patient to receive pro-bono services Mr. Saravia would honor their request ensuring clinical care comes first. Today we still

have those same patients receiving either pro-bono services or discounted rates and because of this generosity we were able to keep these patients under our care. I honestly will find it very difficult to work for someone besides him because he has made this a great place to work in .

I also would like to add that Mr Saravia has encouraged me to further my education in this field as well as courses to strengthen my managerial skills which I am currently working on and intending on completing.

I can sincerely attest that Mr. Saravia has shown remorse for what he has done, but I do know deep inside, this does not define the person I've known for many years, Mr. Saravia has always shown great integrity and has always done right by people. I sincerely hope that this letter can provide a different perspective about Mr. Saravia, and  respectfully ask to please consider all the good deeds Mr. Saravia had done not only to his employees, but to patients and their families.  Despite this case, I still believe Mr. Saravia is an honorable individual, a valuable member of the community, and a good moral person.

Respectfully,

Juan Galarza

Jason L. Glaneuski



January 11, 2025

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

My name is Jason Glaneuski, and I am writing to you regarding the upcoming sentencing of my dear
friend Mr. Miquel Saravia of 212 Catherine Rd., Hanson, MA to ask for your leniency and mercy.

I am a father of three young boys, a loyal husband, an active civil servant in my professional career,
and a life-long resident of Brockton, MA. I am also an active member of our community as an
athletics coach.

I have come to know Mr. Saravia "Miquel" very well over the past three years as our children attend
St. Bridget's School together in Abington, MA. During this time, I have known Miquel to be an
extremely loving father that is always taking our children on amazing adventures, hosting
sleepovers, feeding everyone way too much food, offering rides to events, and going out of his way
to ensure that our children are loved and taken care of. I trust Miquel with my children, which is the
sincerest form of a character reference that any parent can give to another.

I know that Miguel truly regrets the mistakes he has made in the business world, and that he
understands that our mistakes often have consequences. I truly hope the court will allow Miquel to
serve a punishment that does not separate him from his children. He is an amazing father, and they
are very lucky to have him.

Respectfully submitted,

Jason L. Glaneuski

Ignacio M. Guzman



The Honorable Judge Allison D. Burroughs
1 Courthouse way, Suite 2300
Boston, Massachusetts 02210

To: The Honorable Judge Burroughs,

My name is Ignacio M. Guzman, I'm writing this letter of support for my dear friend Miguel Saravia. I've known Miguel for 17 years, I first met Miguel upon my return from service in 2007, one of the qualities that quickly call my attention was his love and dedication to his children, as a father of five kids myself I know how hard it can be to maintain a balance between work responsibilities and children's needs for love and support.

I have also witnessed Miguel's generosity and care for not just his family but for his friends, Miguel's attitude to be always ready to provide help and guidance, always welcoming people from all types of lifestyles into his home. I have shared many meals together with Miguel and his family, through the years I witnessed Miguel's love for this country, his service and support to the community and his family values is something I admired.

Your honor, as a Marine Veteran, I can attest to Miguel's true character, a genuine respectful and kind man, a loving father, a great brother, son and friend. I am aware of the current challenges Miguel faces. I ask for your consideration when sentencing, I have lived first hand with my own children the impact of having an absent father.

Truly yours,

Sgt. Ignacio M. Guzman
United States Marine Corp.
Retired

11

Sasheen Hazel



John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA, 02210

September 30, 202r4

To the Honorable Judge Allison D. Burroughs,

I am writing this letter to provide a character reference for Miguel Saravia, who served as both the Chief Financial Officer (CFO) and later the Chief Executive Officer (CEO) at Nova Psychiatric Services, where I was employed from 2017 to 2024. I understand that Miguel is currently involved in a legal matter, and I am offering this letter in support of his character as it pertains to his sentencing. Throughout my years of working closely with Miguel, as a member of the leadership team, I have known him to be a fair, thoughtful, and supportive supervisor.

Miguel recognized my potential early on and provided me with numerous opportunities to grow into a leadership position within the company. I was promoted from a staff psychologist to the Clinical Director and then Executive Clinical Director. He supported my initiatives with neuropsychological testing and internship training program, backed my ideas for growing the psychotherapy team, and facilitated challenging conversations with colleagues in a way that fostered a more positive and collaborative work environment. Whenever I brought concerns or frustrations to him, he was always willing to listen and sought to respond with fairness and balance.

As my superior, Miguel made himself available whenever I needed guidance, often going above and beyond to ensure I felt supported. We shared a common vision for the growth of Nova Psychiatric Services and worked tirelessly, often dedicating ourselves to our roles from Sunday to Sunday. For example, in a 12 month span, we hired approximately 6 therapists and doubled the internship training program. His commitment to the company and to his employees was unparalleled. While we sometimes disagreed, Miguel was always open to dialogue, and we consistently found common ground through mutual respect and a willingness to compromise.

Our professional relationship evolved over time, rooted in our shared work ethic and dedication to the company's success. I can personally attest to Miguel's character as being one of thoughtfulness, fairness, and kindness. He was a guiding force in my professional growth and he attempted to foster a work environment based on mutual respect and integrity.

I am aware of the current circumstances and the seriousness of the offense that has brought us here. While I do not condone any wrongdoing, I believe that the Miguel has the capacity for reflection, growth, and positive contribution to society. I sincerely hope that this letter serves to illustrate the positive aspects of his character and the impact he has had on those around him. I respectfully ask that these factors be taken into consideration during his sentencing. If you require further information, please feel free to contact me at                              .

Sincerely,

Sasheen Hazel, Psy.D.

Harrison Herrera



Rochester, January 13th, 2025.

The Honorable Judge Allison D. Burroughs
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Honorable Judge Burroughs,**

My name is Harrison Herrera, and I am writing to offer my support for my dear friend, Miguel Saravia. I have known Miguel for the past three years, and during this time, I have witnessed firsthand the integrity, kindness, and strength of his character.

I first met Miguel when I arrived in the United States as an English student and lived with his brother, Martin Saravia's family. Through this connection, I spent a great deal of time with Miguel, and during that period, he became a vital source of emotional, social, and personal support. He was always ready to offer a listening ear, wise advice, and encouragement when I needed it most. His kindness and generosity left a lasting impression on me.

Miguel's generosity and willingness to help have played a key role in my success as I continue to build my life and pursue my dreams as a medical research trainee, with the goal of becoming a surgeon here in the United States. I am deeply grateful for his support. I am confident that many others who have had the privilege of knowing him have experienced the same care and generosity, which has made a positive impact on their lives.

Despite having known him for a relatively short time, I have come to understand much about Miguel's personal and professional journey. His growth and perseverance since arriving in the United States have been truly remarkable. He has shown unwavering commitment to hard work, discipline, and professionalism. His ability to maintain focus and continue striving for success while consistently helping and treating others with respect and humanity speaks about his character and work ethic.

Your always-welcoming home, filled with hospitality and care, has shown me that Miguel is not only a dedicated professional but also an exemplary family member. As a father, brother, and son, he demonstrates remarkable care and love. The affection, support, and deep respect he shows for his parents, brother, and children are truly unique, and it is clear that his family means the world to him. I firmly believe that Miguel represents the qualities of kindness, generosity, responsibility, and integrity, and I do not doubt that his actions and character reflect his genuine desire to do things the right way.

I hope this letter provides valuable insight into the kind of person Miguel is, and I respectfully ask that you consider it as you review his case.

Thank you for taking the time to read this letter.

Sincerely,

Harrison Herrera
Cardiovascular Surgery Research Trainee, M.D
Mayo Clinic – Rochester, MN.

Richard A Hoffman

███████████████

███████████

January 17th, 2025

To the Honorable Judge, and District Attorney

As a friend of the Saravia family, and co-worker of Miguels brother, I have come to know Miguel over the past 16years as the loving father, brother, husband, and a local community leader. I have witnessed firsthand, Miguels mental growth and selfless contributor that he prides himself as. Over the years, I have praised Miguel for his willingness to help others, and to priorities people first, even if it means he takes personal losses. Miguel and his then wife watched over my kids at the most crucial time (day care / dr visits/ect) .. Bottom line, I trust Miguel would never conduct any willful malicious actions.

Miguel is a valued friend, father, brother, and community asset that consistently contributes to his immediate and extended family in Peru.

It is my hope, that this letter may shed light on his character when judging Miguel.

Respectfully yours,

Richard Hoffman

**The Honorable Allison D. Burroughs**
**John Joseph Moakley U.S. Courthouse**
**1 Courthouse Way, Suite 2300**
**Boston, Massachusetts 02210**

September 25, 2024

**RE: Character Reference for Miguel Saravia**

Dear Judge Burroughs,

My name is Steve Ismintsev and I have known Mr. Miguel Saravia since 2014. I first met Miguel in my suboxone clinic when he was a consultant. When I first met Miguel, I was truly impressed by his work ethic and his sense of humor. As a businessman, I could tell from the very beginning that Miguel had very similar qualities to mine in business aspects. As a result of Miguel's impression, I built a relationship with him that eventually turned into a business partnership.

In 2015, I became business partners with Miguel at his current mental health practice. I witnessed firsthand how Miguel grew Dana Group Associates from a small-scale company to what is now a company with over 100 employees, serving a wide range of mental health patients. During the first couple of years, Miguel dedicated his time to the business with many sleepless nights and without taking any profits or a salary from the practice. I have been so impressed with Miguel that we currently have three businesses together.

Miguel is a man with a gentle soul, and that is apparent in the way he treats his children and people he doesn't even know. His compassion extends beyond his immediate circle, and I've seen him go out of his way to help employees and patients alike. He has a unique ability to connect with people from all walks of life, which has been instrumental in the success of our mental health practice.

Throughout our partnership, I've observed Miguel's unwavering commitment to ethical business practices and his genuine desire to make a positive impact in the mental health field. He has always prioritized patient care and employee well-being over personal gain.

I understand that Miguel is facing legal challenges, and I want to emphasize that the actions in question are not representative of the man I've known and worked with for a decade. Miguel has always been transparent in our business dealings, and I believe any mistakes made were unintentional and born out of the complexities of managing a rapidly growing healthcare business.

Your Honor, I respectfully ask that you consider Miguel's character, his contributions to the mental health community, and his role as a father and employer when making your decision. Miguel has shown remorse for his actions and has already taken steps to ensure such oversights never happen again in our businesses.

Thank you for your time and consideration. If you require any additional information, please don't hesitate to contact me at █████████

Sincerely,

Steve Ismintsev

Business Partner and Friend

Michelle E. Jacobs



September 24, 2024

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I am writing this letter on behalf of my employer and friend, Miguel Saravia, with whom I have worked over the past five years at Dana Behavioral Health (formerly Dana Group Associates). I initially joined the team as a part-time employee, working weekends, and after a year, I became a permanent full-time member of the staff, working 32 hours a week. Before working for DBH, I worked for 5 years at the Bedford VA.

A little about me: I have been a psychiatric nurse practitioner for ten years and a family nurse practitioner for nine years, with a total of 28 years of nursing experience in the military, at the VA, as an Emergency Room nurse, and as a school nurse. Additionally, I am a retired Army Major, having served overseas in Iraq from 2006 to 2007. I believe that through my years of working with people, both in crises and/or struggling with mental health challenges, I am a good judge of character. With that belief, my time at DBH, and my years of interactions with Miguel, I can make an honest judgment of his character.

During my time at Dana Behavioral Health, I have known Miguel as an open-minded, fair, loyal, and caring leader who encourages us as employees to be straightforward with him. As both a boss and a friend, Miguel has been incredibly supportive and understanding, making him a trusted mentor to me personally. When I first started with the company, it was a smaller private company that has grown into the larger clinic that it has become through his dedication and determination.

During my tenure at DBH, I have experienced numerous personal medical and truly dramatic family challenges. I have had close family members who needed me regularly for significant medical issues, which sometimes took me away from work unexpectedly. I have had to be

Michelle E. Jacobs



out for over four months in two consecutive years to recover from surgeries, and while I know it has been a strain on the company, that was not the message that was relayed to me. The message from Miguel was and continues to be, take care of you and your family, first and always. Miguel, during these medical leaves of absence, reached out to me on multiple occasions to check in on me, see if my family needed anything, and send cards and flowers. Still, most importantly, he showed genuine concern. I never felt like there was any rush for me to come back until I was ready. The concern that many of us have for our jobs when we have extended leaves was not a concern for me. That, to me, is mainly in part to Miguel.

Regarding this current situation, I respect the fact that Miguel has pleaded guilty to these charges. In my opinion, it takes someone with tremendous courage to do so. Knowing him, I believe he did this for his employees, his friends, and for our company's benefit so we can all move forward. I know how hard this decision was for him personally and for his family. But I know Miguel, and that's what strong leaders do—they make hard sacrifices.

I firmly believe that his character reflects a positive influence in our field, and I wholeheartedly support him during this difficult time. Thank you for considering this letter as part of your evaluation.

Sincerely,

Michelle E. Jacobs
Psychiatric Nurse Practitioner
Dana Behavioral Health

**KOMAL KENKARE, PMHNP-BC**



September 25, 2024

Attention:    The Honorable Judge Allison D. Burroughs
              John Joseph Moakley U.S. Courthouse
              1 Courthouse Way Suite 2300
              Boston, MA 02210

Dear Honorable Judge Allison Burroughs,

This letter is intended to provide insight to the many positive and exceptional attributes of Miguel Saravia as you consider his case. As the Director of Clinical Nursing at Dana Behavioral Health since 2017, I have worked with Miguel for the past 8 years.

During this time, Miguel served as Chief Executive Officer at Dana Behavioral Health. He championed his mission to offer psychiatric care to children and adults of all socioeconomic backgrounds by increasing the range of public insurances the practice accepts. Miguel expanded the practice to offer mental health services to patients in-person and virtually throughout the state of Massachusetts.

To ensure provider confidence and consistency, he allowed directors to increase supervision of new providers beyond the bare minimum requirements of the state. Beyond this, he advocated for work life balance for all employees by promoting self-care through wellness retreats and providing supportive resources. Throughout the hardships of the pandemic and the healthcare cyberattack, Miguel kept operations of the practice stable, protected job security of his clinicians, and maintained exceptional care to the patients of Dana Behavioral Health.

Miguel Saravia has led the practice with integrity, confidence, and compassion. He has been able to improve the mental health of children and their families within Massachusetts. It is my sincere hope that this letter is taken into consideration and leniency is considered at the time of his sentencing.

Sincerely,

Komal Kenkare, PMHNP-BC

Rudi Jose Andino Lara



Summerville, January 20th, 2025.

### The Honorable Judge Allison D. Burroughs

1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

### Honorable Judge Burroughs,

My name is Rudi Jose Andino Lara, I feel so grateful to refer to you in regard to one of my good friends Miguel Saravia.

In 2002 I first met Miguel at the Boston Church of Christ meeting in Cambridge MA. Miguel was a campus student, we started reading the Bible together and serving in different ways to church members and different communities through Hope Worldwide.

As time went by and getting to know him better I admired his giving heart to others, welcoming us to his apartment, making us feel as members of his family. I noticed his respect for his parents, relatives and friends. He also made me part of many of his blessings such as baptism, graduation,  and future vision not for him only but for people among him. We also celebrate our birthdays, engagements, marriage and our born children.

In 2010 my wife and I went on a Christian mission trip to Nicaragua for 10 years and our friendship no matter the distance kept as always. We came back in 2021 to the USA and one more time Miguel opened his heart and home to us to continue the friendship that God put together. So impressed how Miguel loves his children, dreaming for their future.

I'm very impacted by the situation going through right now. At the same time very impressed by him taking responsibility, facing the cost even so will be painful for family and friends. I will continue praying for him to be strong in the process, for  his children in particular. We will also pray for considerations and can't wait to see Miguel to be a better man!

Thank you for taking the time to read this letter. Sincerely,

Rudi Jose Andino Lara
DECO Environmental Demolition and Asbestos Supervisor.

Charleston, SC

Alexander Marks



The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is Alexander Marks and I am a Licensed Mental Health Counselor. I currently work at Dana Behavioral Health as the Telehealth Program Director. I am also a member of the Leadership Team for Dana Behavioral Health. Along with being a program director, I am additionally responsible for supervising clinicians and providing therapy services for clients.

I met Miguel Saravia in 2019 when he first hired me as an Outpatient Therapist. During that first interview, Miguel's warmth, graciousness, enthusiasm and progressive attitude drew me to his company. Miguel immediately made me feel welcomed into the company and supported my career ambitions to grow as a therapist and a leader.

Miguel is a hard working, ambitious, kind and selfless man that deeply cares about his work community. He has established a work environment that feels like a family community. Miguel is a leader that is accessible, personable and open-minded to his employees. He is a leader that provides opportunities for growth, professional development and innovation.

I am grateful for the past five years working for Miguel, as he has helped me realize my potential as a therapist and leader. During our many discussions over the years, Miguel has always made me feel heard, recognized and respected like an equal and someone who is part of positive change to the company. Although we often talk business together, Miguel has taught me the importance of cherishing the things that matter the most outside of the workplace, most notably family, loved ones and self-care. He has helped to remind me that no one is perfect and that there are always lessons to be learned both in business and life. Miguel has played an invaluable role in helping me become a more confident, humble and mature individual.

Thank you for your time and consideration of this letter.

Sincerely,

Alexander Marks

Sept. 27,2024

Dear Honorable Judge Allison D. Burroughs,

I am writing a character reference letter for Mr. Miguel Saravia, who I have worked with for approximately 9 yrs. I am aware of the charges of health care fraud. I am currently the Executive Clinical Director of Dana Behavioral Health. I met Mr. Saravia 9 yrs ago, when the company Dana Behavioral Health formerly Dana Group Associates was struggling to survive and on the brink of bankruptcy. I, as owner, agreed to sell the company to Mr. Saravia who then assumed full legal and financial responsibility in Sept. of 2015. At the time of transfer from myself to Mr. Saravia, Dana Group Associates was comprised of a 7-office suite with 3 clinicians including myself. Mr. Saravia worked to bring in administrative staff, clinicians and prescribers to the practice. He assigned clinical and administrative leadership roles to professionals in the practice, such as Clinical and Assistant Clinical Directors, Dir. Of Nursing, HR, QA etc. Dana Group Associates (name at the time) did not have an infrastructure when he assumed responsibility for the practice. Mr. Saravia also expanded the insurance accepted to include public insurance, Medicaid and Medicare which had not been done before. Mr. Saravia then expanded practice availability and services within the Needham community. Mr. Saravia eventually expanded the practice to include 2 offices in the South Shore. This, he would say, was due to the growing demand and need and lack of resources in these areas of MA. In 2023, Mr. Saravia changed the name of the practice from Dana Group Associates to Dana Behavioral Health Clinic, now a licensed DPH facility. Mr. Saravia told the staff he was moving the practice to a clinic status so that additional services could be rendered such as partial hospital and intensive outpatient services.

Mr. Saravia has always treated me with the utmost respect as a leader and professional. He meets with a leadership team every week to hear concerns and complaints both clinically and administratively. I have always felt Mr. Saravia has done his best to understand the needs of each professional in the practice/clinic and to also have big picture goals for the practice/clinic, such the 2023 DPH clinic status, that allow all of us to look at ways to offer more expansive and needed services in the communities we care for.

I have also had a view of Mr. Saravia's, role as parent and son. My impression is that Mr. Saravia has been a loving father and son. He deeply cares for his 2 children, whom he lives with and provides for them consistently. He has been responsible for putting his children in educational and recreational activities and follows their daily school routine. He also cares for his ailing parents who spend many months of the year living with him as well.

Respectfully,

Robert C. Maron, Ed.D

Executive Clinical Director

Dana Behavioral Health

Jennifer Meyerhardt, LICSW



The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

September 25, 2024

Dear Judge Burroughs:
I am an adult and adolescent/child therapist and a supervisor at Dana Behavioral Health
(DBH) in Needham, Ma. I have been practicing at DBH for almost five years and have
been working as an individual therapist, program manager and supervisor for 24 years.
I have known the defendant, Miguel Saravia, for approximately five years. I met Mr.
Saravia when I interviewed at DBH (formally Dana Group Associates) and have had
ongoing interactions with him at work since that initial interview.

I am aware that Mr. Saravia has pled guilty to several counts of insurance fraud. I did
want to share with you the parts of Mr. Saravia that speak to what I know of his personal
character. I initially accepted the offer to work at DBH after speaking to Mr. Saravia
about his strong belief in insuring that all patients, regardless of what insurance they
had, receive good therapeutic care. This for me was essential to accepting a job. At a
time when many providers and agencies do not accept lower reimbursing health
insurance, I appreciated that Mr. Saravia not only talked about equity in mental health
access, but made it happen. Mr. Saravia again proved to me how deeply he was
committed to insuring that all patients could receive excellent care, when he agreed to
allow me to free care a previous client from another agency who was a single mom of
an autistic child who was a veteran with Veteran's insurance, the only insurance, as far
as I know, that DBH is unable to accept. Lastly, I have been moved by Mr. Saravia's
commitment to his children. He recently spoke with me with joy about a trip to
Great adventure.

Thank you for considering my letter. I am happy to answer any questions.

Sincerely,

Jennifer Meyerhardt, LICSW

September 25th 2024

To:
The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

My name is Lisa Napoli. I work as a nurse practitioner at Dana Behavioral Health.
I have known Mr. Miguel Saravia for 7 years since 2017.

In my time working for Mr. Saravia, I have noted some ways in which he has supported the local community.

In 2018,  Mr. Saravia met with a Massachusetts state senator on the Joint Committee on Mental Health, Substance Use, and Recovery in an effort to promote needs and awareness of mental health in local areas.

In  2019, Mr. Saravia supported the IAM Strong Foundation in Westwood Mass, by sponsoring a large team for their annual 5K walking event. This foundation came about after the tragic loss of a local teen to suicide, and aims to eliminate stigma for mental health needs in teenagers, and reduce risk of teen suicide.

During the pandemic, Mr. Saravia  purposefully, graciously,  and steadily ordered the staff weekly lunches from the struggling restaurants in our office park beginning in March 2020 and through 2021 to support the local economy before these restaurants unfortunately closed earlier this year. Lastly, I am aware that Mr. Saravia is involved in his local hometown politics, as he is invested in the safety, quality of local education, economic development, and public resources in his local community.

Following sentencing, I may be part of Mr. Saravia's support system as I continue  to work as a nurse practitioner at Dana Behavioral Health, and I am committed to providing mental health care of the highest quality.

Sincerely,

Lisa C. Napoli PMHNP- BC

Ariel Ortiz



9/24/2024

To the honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts, 02210

Dear Judge Allison D. Burroughs

I hope that this letter finds you well. My name is Ariel Ortiz. I am writing to you regarding Miguel Saravia, who is scheduled to appear before you. I have known Miguel for 15+ years and would like to share my perspective on his character.

In my experience, Miguel has always been a kind, responsible, family oriented, hardworking, selfless person who is always willing to lend a helping hand to everyone in need.

Personally for me, Miguel has been someone that has always been there for me. He is someone that I truly consider a role model. Miguel helped me through some difficult times during my teenage years.

During my difficult teenage years, Miguel's true selfless side was highlighted to me. Miguel took time off his very busy schedule to support me through a series of legal issues that I got myself into for being young, hanging around the wrong crowd and quite honestly for being stupid.
Without any obligation or need, Miguel quickly found legal counsel for me and was with me through the entire process. Miguel not only helped me through the legal stuff, but he helped me turn my life around. I will be forever grateful for the chance Miguel took with me, for trusting and helping me be the person I am today. Like him, a family oriented man.

Miguel not only helped me through those difficult times, but he also taught me really valuable life lessons and values.

While Miguel is always willing to lend a helping hand to those in need, he always puts his family first. He has been a perfect father for my niece and nephew and a great partner to my sister. The love and attention that he has for his family is unmatched and truly inspiring.

I urge you to consider the entirety of Miguel's character and the steps he is taking to move forward. I firmly believe that he has the potential to contribute positively to our community and that a compassionate approach would better serve him and society.

Thank you for taking the time to consider my letter. I hope it provides a clearer picture of the individual you are judging.

Sincerely,
Ariel Ortiz.

Yorki Peña-Perez



October 1st, 2024

Judge Allison D. Burroughs
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Honorable Judge Burroughs,

I am writing to you regarding Miguel Saravia. I have known him for 21 years as a friend and I feel compelled to share my perspective on his character.

Throughout our relationship, I have witnessed Mr. Saravia as a person of integrity and compassion. He consistently demonstrates his commitment to helping others, and support in different community groups involvement, while we were members of a religious community. Mr. Saravia was recognized for his responsibility, contribution, support to others and righteousness.

I understand the seriousness of the charges against Mr. Saravia and I do not wish to undermine the impact of his actions. However, I believe it is important to consider the positive contributions he has made to others.

In conclusion, I respectfully ask the court to consider Mr. Saravia's character and the positive attributes that define him. I believe that with guidance and support, he can be in a better path and he can still be the valuable member of society that he has been.

Thank you for considering my letter.

Sincerely,

Yorki Peña-Perez

ROSA SARAVIA CADENILLAS

██████████████████████

Date: January 16th, 2025

**HONORABLE JUDGE ALLISON BURROUGHS**

JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON MA 02210

**DEAR JUDGE ALLISON BURROUGHS:**

Receive my warm and respectful greeting. I address you as the niece of Miguel Angel Saravia to speak on behalf of his nature and integrity. I have known my uncle for as long as I can remember, and he has always been a fundamental pillar in our family.

Miguel Saravia is a man of principles, with impeccable morals and a deep sense of responsibility. Since I was a child, I have seen how hard he has worked to provide for and care for his family. His kindness and generosity know no bounds; he is always willing to help those in need through emotional support, financial assistance, or simply his presence and advice.

A clear example of his character was when my aunt, his sister, faced a serious illness. My uncle did not hesitate to give her his full financial and emotional support, helping her through one of the most challenging moments of her life. This is just one of the many acts of kindness and love he has shown throughout the years.

In addition, Miguel Saravia has been a very present uncle; my family and I love and appreciate him greatly. Thanks to his support and trust, I could open a business. He has always been there, offering us advice and full support.

For all of this, I respectfully ask you, honorable judge, to consider the integrity and exemplary conduct of my uncle in making your decision. I am convinced that he has committed no crime and that his involvement in this case is the result of actions beyond his control.

Thank you for your time and attention.

Respectfully,

**Rosa Saravia Cadenillas**
DNI: ██████████

ROSA SARAVIA CADENILL

Fecha: 16.01.2025

HONORABLE JUEZ ALLISON BURROUGHS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON MA 02210

ESTIMADA JUEZ ALLISON BURROUGHS:

Reciba un cordial y respetuoso saludo. Me dirijo a usted en calidad de sobrina de Miguel Ángel Saravia, para abogar por su carácter e integridad. Conozco a mi tío desde que tengo memoria y siempre ha sido un pilar fundamental en nuestra familia.

Miguel Saravia es un hombre de principios, con una moralidad intachable y un profundo sentido de responsabilidad. Desde que era niña, he visto cómo ha trabajado arduamente para proveer y cuidar de su familia. Su bondad y generosidad no tienen límites; siempre está dispuesto a ayudar a quienes lo necesitan, ya sea con apoyo emocional, financiero o simplemente con su presencia y consejo.

Un ejemplo claro de su carácter fue cuando mi tía, su hermana, enfrentó una grave enfermedad. Mi tío no dudó en brindarle todo su apoyo, tanto económico como emocional, ayudándola a superar uno de los momentos más difíciles de su vida. Este es solo uno de los muchos actos de bondad y amor que ha demostrado a lo largo de los años.

Además, Miguel Saravia ha sido un tío muy presente, mi familia y yo lo queremos y apreciamos mucho, gracias a su apoyo y confianza pude abrir un negocio, siempre ha estado presente dándonos consejos y todo su apoyo.

Es por todo esto que le pido, honorable jueza, que considere la integridad y el carácter ejemplar de mi tío al tomar su decisión. Estoy convencida de que él no ha cometido ningún delito y que su involucramiento en este caso es resultado de acciones ajenas a su control.

Gracias por su tiempo y consideración.

Respetuosamente,

**Rosa Saravia Cadenillas**
DNI:

9/24/2024
Rossibelis Ortiz



To The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210.

Dear Honorable Judge Allison D. Burroughs,

My name is Rossibelis Ortiz. I am writing this letter on behalf of Miguel Saravia who is set to
appear in court before you. I have the pleasure of knowing Miguel Saravia for over 15 years. I
met Miguel in church. From that time I have seen many aspects of Miguel's personality. He is a
very kind, compassionate and respectful person. Always lending a hand to those who need it
and treats everyone fairly. He has always been there for me and for my family in difficult times.

Miguel is an excellent father to my Niece and nephew. He cares alot for his family and is always
there for them. He is always involved in his kids' school activities and education. While visiting
my sister who is his former wife, I witnessed Miguel coming home after a long day of work and
still having time to play and do homework with his kids. He is great with kids. There have been
many occasions where he has taken his kids out to play and he offered to take my son as well.

In the professional aspect. Miguel is the most dedicated and hardworking person I had the
pleasure of working with. I have been working for Miguel for over 8 years as a Human
Resource / Payroll coordinator. He has been a role model professionally and personally. He
has taught me and guided me to achieve my professional goals. He gave me the confidence to
believe in myself. He is a selfless person; there have been numerous times when Miguel has
chosen not to get paid for the benefit of the company's financial wellbeing. He has chosen to
allocate his pay to cover for the employees pay. As a CEO Miguell is highly dedicated and
always thinks of his employees first.

I truly believe that Miguel is a valuable member of our society who has made a positive impact
on those around him.

I would like to thank you for taking the time to read my letter.

Sincerely,

Rossibelis Ortiz.

# Adam Riccio, LMHC

## EXPRESSIVE ARTS THERAPIST

Adam Riccio, LMHC

The Honorable Judge Allison D Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

9/25/2024
To The Honorable Judge Allison D Burroughs,

My name is Adam Riccio and I am writing this character letter for my friend and former employer, Mr. Miguel Saravia. I am a licensed mental health counselor in the Commonwealth of Massachusetts and worked for Mr. Saravia between October 2018 and July 2024 as  Clinical Director for the South Shore offices of Dana Behavioral Health. I was asked by Mr. Saravia if I would provide this character letter for the courts due to the charges regarding Mr. Saravia and fraudulent medical billing practices. Not only do I write this letter freely and independently, I am honored to provide this character letter for Mr. Saravia without hesitation.

I believe the strongest character traits for Mr. Saravia revolves around his values and beliefs in humanity. Throughout my time with DBH, Mr. Saravia would never let his team forget to value our overarching mission: delivering quality behavioral health care to all people. Mr. Saravia's belief in this was infectious and motivated many of us through difficult work and times. Though we had some disagreements over the years, Mr. Saravia was always respectful and never faltered in valuing the struggles of all people, at times taking financial hits to continue appropriate clinical work with an individual or family that struggled to afford services. As more time went on, Mr. Saravia listened and trusted his team to make decisions that would improve the working lives of clinicians as he approved regular supervision, staff lunches, and morale boosting activities for employees. And most important, if he became aware of any of us sacrificing our family life for work, he would implore us (myself included) to leave work immediately to tend to the needs of one's family. I may have questioned some decisions over the years, however I have never questioned his dedication, commitment, and service to his mission, his employees, and his family.

Thank you for taking the time to read this letter. If you have any questions about the content of this letter, please contact me using the information at the top of this letter.

Sincerely,

Adam Riccio, LMHC

David S. Robinson, MD



Dear Judge Burroughs,

I am writing to you on behalf of my friend and employer, Miguel Saravia, to respectfully provide insight into his character as you consider the matter before you.

I first met Miguel at a time when I was facing one of the most challenging periods of my life. After losing my medical license due to personal struggles with alcohol, I found myself in a position of financial and professional desolation. While others turned away, Miguel gave me a chance, offering me a position at Prime Behavioral Health when I desperately needed to support my family. His trust and generosity were lifelines. Over the years, Miguel became a steadfast source of support as I worked on my personal recovery. Despite my role being non-clinical in nature, he always referred to me as "Doctor," a small gesture that held profound significance to me.

On the day I regained my medical license, Miguel was the first to extend his congratulations and promptly offered me a position as a physician. That kind of loyalty, faith, and belief in others is rare and is a testament to his character and compassion.

Beyond being my employer, Miguel volunteered to serve as my workplace monitor for Physician Health Services, a branch of the Mass Medial Society that assists physicians in recovery. This is not something he was required to do, but something he chose to do out of a genuine desire to help. When another clinician at the company questioned the wisdom of hiring a physician with my past, Miguel defended his decision without reservation. He repeatedly stood by me when it was far easier not to, demonstrating his strong moral compass and his belief in second chances for those who've made mistakes.

During the years I have worked alongside him, both at Prime Behavioral Health and Dana Behavioral Health, I have seen firsthand that Miguel's dedication to patients goes beyond running a business. He is driven by a deep commitment to provide care for those who need it most. I have heard him speak many times about the importance of serving the underserved, and I've witnessed him make difficult decisions to ensure that patients with public health plans could still access care. Many of our Mass Health patients have shared with me how grateful they are for Dana Behavioral Health, sharing that it was the only place they could find mental health services. On numerous occasions, I have seen Miguel offer financial flexibility, through sliding scales and waiving copays, when patients were struggling. His heart is fully invested in the well-being of others.

In his personal life, Miguel is a devoted father to his two young children, Sebastian and Victoria. As their primary custodian, he has consistently placed their well-being at the forefront of his

life, ensuring they receive the love, guidance, and support they need to thrive. In fact, Miguel is often hard to reach outside of work hours, as he ferries the kids to practices and lessons, cooks meals and spends as much time as he can with them. I've often enjoyed comparing notes on the finer points of parenting with Miguel, hearing him espouse a viewpoint of invested and loving parental involvement where he serves as his children's guide, protector, confidant, and biggest fan. From watching Miguel, Sebastian, and Victoria interact, it is clear to me how close he is to his children and how deeply they depend on his presence in their lives.

Miguel Saravia is a person of integrity, compassion, and unwavering dedication to his community and family. I respectfully ask that you consider these qualities as you deliberate on his case. I am confident that he has much more to contribute to society, his family, and individuals like myself who have benefited greatly from his kindness and support.

Miguel gave me a second chance, and I hope you'll consider giving him one.

Thank you for your time and consideration.

Sincerely,

David S. Robinson, MD

Lynn, October 10th, 2024

The Honorable Judge Allison D. Burroughs
John Joseph Moakey U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

I am writing to wholeheartedly recommend Miguel Saravia for your consideration. His unwavering commitment to supporting the less fortunate in our community has made a significant difference in the lives of many families.

Miguel has dedicated himself to uplifting those in need, particularly during the holiday season. Each Christmas, Miguel supports an inspiring initiative of Latina Center Maria; toys drive to children from low-income families. He ensures that his own children are involved in this heartfelt endeavor, spending time with the children during the celebration. This not only brings joy to the kids receiving the gifts but also instills in Miguel's children the values of empathy and community service.

Furthermore, Miguel goes above and beyond by paying the tuition and books for Latino mothers attending parenting classes at the Latina Center Maria (www.latinacentermaria.org). He understands the challenges these mothers face and actively seeks to empower them. Many of these mothers also participate in ESL classes, allowing them to enhance their English skills while their children engage in a Book Club, and Miguel is supporting them with school supplies and books. This initiative not only supports the mothers in gaining better job opportunities but also helps them assist their children with schoolwork, fostering a nurturing environment for family growth.

Miguel's actions speak volumes about his character and dedication to uplifting those around him. His efforts create a ripple effect of kindness and empowerment in our community, and he truly deserves recognition for his work.

Thank you for considering this recommendation. I am confident that Miguel will continue to make a positive impact wherever he goes.

Sincerely,

Magalie Rowe, MS, MA, MAT, MTM
Former Professor at BC & UNH
Associate Sister of St. Joseph
Executive Director & Founder of Latina Center Maria

Sami Bandar



January 18th, 2025

The Honorable Judge Allison D. Burroughs
1 Courthouse way, Suite 2300
Boston, Massachusetts 02210

Your Honorable Judge Burroughs

I am writing to provide a character reference for Miguel Saravia, who is appearing before your Court, I have known Miguel for 13 years in the capacity of an uncle, a best friend and a life advisor. In my experience, Miguel has consistently demonstrated kindness, generosity and compassion towards our family and friends. Miguel has always approached challenges with his utmost diligence and always strives to change the life of others.

As a family man I admire Miguel's love and dedication to his children and his parents. As a person I strongly believe Miguel's actions and decisions are guided by a strong moral compass and a deep respect for the community and the law, he has always been a person of integrity, I have no doubt that he will continue to uphold these moving forward.

I was saddened to learn about the challenges my uncle is facing. I firmly believe that his situation is uncharacteristic of his usual conduct.

I respectfully request that the court consider his positive attributes and contribution to his family and loved ones.

Thank you for considering my perspective.

Sincerely,

Sami Bandar

Sami Bandar

**The Honorable Allison D. Burroughs**
**United States District Court**
**District of Massachusetts**

September 23, 2024

**RE: Character Reference for Miguel Saravia**

Dear Judge Burroughs,

My name is Saviel G. Colón and I have had the distinct honor of knowing Miguel Saravia for over 21 years. We first met in church in 2003, and since then, I have watched him grow into a man whose character is marked by his strong faith, dedication to his family, and tireless commitment to his community.

Miguel came to this country from Peru with little more than his determination and a dream to build a better life. Miguel's journey in the United States is a true testament to his work ethic and determination. Over the years, his hard work and unwavering dedication allowed him to rise in the mental health field, eventually becoming owner of a mental health practice. What began as a humble endeavor with approximately 20 employees and a few hundred patients has now become a thriving organization that employs over 118 people across three locations in Massachusetts and serves thousands of individuals in need of mental health care.

However, Miguel's success is not measured merely by numbers. It is in the compassion he shows to everyone around him, from his employees to his patients. His practice is built on a foundation of kindness and care, where each person is treated like family. This unique and nurturing environment is a direct reflection of Miguel's character—he is a man who puts the needs of others first. In recognition of his dedication and impact, Miguel was recently honored by the **Peruvian Council** for his outstanding contributions to the mental health community, a testament to his deep commitment to serving others.

Your Honor, it is heartbreaking to see Miguel in this position, facing allegations that do not align with the man I know. While Miguel fully acknowledges his mistakes, I firmly believe there was never any intent to cause harm. His focus was always on growing his practice to better serve the community, and he did not personally benefit from any wrongdoing. This was a situation born out of the challenges of running a growing business, not malice or greed.

In our many conversations about his current situation, Miguel has expressed deep remorse and regret for his actions. Miguel now understands the gravity of these decisions and the importance of strict adherence to billing practices. Miguel's willingness to take responsibility for his actions and his commitment to fix his mistakes speak volumes about his character and his genuine desire to make sure this situation never happens again.

What makes Miguel's situation even more challenging is that in 2022, he was diagnosed with cancer, a diagnosis that shook his family and everyone who knows him. Even in the midst of his illness, Miguel never wavered in his responsibilities as a business owner, a father, and a friend. He continued to lead with strength and compassion, focusing not on his suffering, but on the well-being of his employees and family. He is a survivor, but the emotional and physical toll of his illness is still very present.

Your Honor, I respectfully ask that you take Miguel's health into consideration as you determine his sentence. His recovery is ongoing, and his family relies on him not just emotionally, but financially as well. I believe that **home confinement or probation** would allow Miguel to continue his treatment while also enabling him to provide for his family, which includes his children who depend on his presence and care.

Miguel's actions do not define who he is. What defines him is his integrity, his love for his family, and his unwavering commitment to the community he has served for so long. I have no doubt that Miguel is deeply remorseful and will use this experience to further his positive impact on the lives of those around him.

Your Honor, I kindly ask for leniency in Miguel's sentencing, so that he may continue to heal and serve those who need him most—his family, his employees, and his community. He has faced incredible challenges, both professionally and personally, but has always persevered with grace and humility. Probation or home confinement would allow him to make amends in a way that is consistent with his character and values.

Thank you for your time and consideration. Should you require any further information, I would be honored to assist. I can be reached at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Sincerely,

Saviel G. Colón
Relationship: Friend

Sujeiry Saravia



The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

November 10th, 2024

Dear Honorable Judge Allison Burroughs,

My name is Sujeiry Saravia and I am writing this letter on behalf of Miguel Saravia. I am Miguel's ex-spouse and the mother of two of his kids, Sebastian and Victoria. I had known Miguel for over 20 years. We met at church and built a beautiful friendship that ended up in marriage. Even though we are now divorced, we continue to have an excellent relationship as co-parents and friends.

I first witnessed Miguel's caring and compassionate personality when my family and I were experiencing a very difficult time. My dad was wrongfully accused of an assault. Miguel was my friend back then and the support my family and I received from him was beyond belief. Miguel took time off from work to help us through that difficult time. He was present at every meeting with my dad's attorney and when he needed to appear in court. My dad's innocence was proven, and my family and I are extremely grateful for Miguel's compassion and support. My family still considers Miguel as a member of our family and has a lot of respect and love for him.

Miguel is also the most caring and loving dad with not just my kids, but also with his two daughters in Peru. The love and dedication he provides to his children is inspiring. Miguel not only makes sure that he provides for basic needs, financial stability, and good education to his children, but he also makes sure that they feel his protection, support and unconditional love. I remember my mother coming to visit us when my kids were younger, and she was amazed at what a great dad Miguel is. After a long day at work, he was still coming home to help the kids with their homework, play with them, make fresh home meals for them and help me with the house chores. I had always felt blessed to have so much support from Miguel on both a personal and professional level. After our divorce, Miguel has been spending 4 days including every weekend to care for Sebastian and Victoria, He is always present in their activities, weather is driving Sebastian to soccer practice and Victoria to gymnastics, making movie nights under a tent, teaching them to do chores around the house and always reminding them about his 2 most favorite words "Please and Thank you". Miguel is a beacon to his children, a light of stability, providing them with direction, support and security in their lives. He is consistently present for his children. I also know from personal experience, Miguel has also provided support and guidance to his brothers and sisters, constantly providing them with support and encouragement to strive to be better professionals and

human beings. Miguel also supports his elderly parents not just financially but also, helping them with their medical appointments, and supporting their day-to-day care.

I have also worked with Miguel at Dana Behavioral Health (formerly known as Dana Group Associates) since 2015. I am currently still working at DBH as Practice Administrator. I am committed to continuing the vision and mission Miguel started to provide excellent mental health care to our clients. Throughout the years of working with Miguel at DBH, I have been always inspired by how passionate, compassionate, generous, supportive and hardworking Miguel is. Miguel is very respected by the employees at DBH. He was always available to support and guide everyone. I had seen how he was always willing to help our clients who were dealing with financial difficulties by offering reduced copays and approving many pro-bono cases. I am very proud to work for a company that cares for the wellbeing of our clients and works towards making sure we provide excellent and compassionate care to all our clients.

I respectfully ask you, Honorable Judge, to please consider Miguel's character. I've seen Miguel crying many times in the last couple of weeks and showing great remorse for his actions. I am confident that this difficult legal case has taught him important life lessons. Miguel has so many positive qualities, he is with no doubt a great man and a valuable member of our community. He is always thinking of ways to make access to mental health services accessible to everyone regardless of their insurance and ability to pay for services. Miguel has worked very hard to make Dana Behavioral Health a great place that provides exceptional mental health care and a wonderful work environment for our staff. Please consider Miguel's positive actions, and I respectfully ask your Honor to consider a lenient sentence for Miguel as many lives will be affected by his sentence.

Thank you for reading and considering my letter. I am available to answer any questions you may have.

Respectfully,

Sujeiry Saravia
Sujeiry Saravia

Fany Sanchez





September 30, 2024

Honorable Judge Allison D. Burroughs
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Character Reference for Miguel Saravia

Dear Judge Allison Burroughs,

My name is Fany Sanchez, and I hold the position of Intake Department Supervisor at Dana Behavioral Health. I have had the pleasure of knowing Miguel Saravia for a little over 6 years, both as a colleague and an acquaintance.

Over the course of these six years, I have had the opportunity to observe Miguel as someone who consistently demonstrates a strong work ethic and conducts himself in a manner that is both polite and respectable. Furthermore, it is evident that Miguel places significant importance on his family, and he extends that same level of care and consideration to his employees.

I have personally experienced his caring nature, both professionally and personally. I currently hold my position due to his desire to see his employees push and grow to their full potential. During tough times in my personal life, he has taken my situation into consideration and has provided the support and flexibility to balance my work and personal life.

In this letter, I sincerely hope that the court will give weight to my words when making their sentencing decision. I hold the belief that Miguel is a person of integrity and honor.

Sincerely,

Fany Sanchez

Martin Saravia




Boston, October 15th 2024

The Honorable Judge Allison D. Burroughs
1 Courthouse way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Burroughs,

My name is Martin Saravia, I am writing this letter of support for my brother, Miguel Saravia, who is awaiting sentencing. I have known Miguel for his entire life and I have witnessed his life challenges, his ups and downs, hard work, kindness, dedication to family, and his willingness to help others in the community.

Your honor, I have known Miguel for over 40 years. We are the youngest of 5 siblings and grew up very close in age and in life. Our journey in the USA started about 20 years ago going to school and with hardwork and sacrifice we achieved the American dream. We are thankful to the opportunity God and this country gave us, since then, we made America our home. Since moving to the US, Miguel strived as an excellent student and as a kind hardworking youngman who always thought of helping others.

Throughout all these years my relationship with Miguel has shown me his true character and the positive impact he has on those around him. Despite the circumstances that have led to this point, I believe in his ability to learn from this experience and contribute positively to the community and those around him.

I have seen first hand how his good actions have not only affected his own life but have also touched the lives of many, Miguel had numerous recognitions in the community, helping first responders and school programs. Ever since Miguel became a father I witness his dedication and love to his four children and throughout the years his love to my parents who depend on him.

Personally, Miguel had impacted my life in many areas, he had helped me not only in my professional growth and in my marriage life but also with his experience as a father, he has helped me with my own journey with my two infant children, most recently in 2022 his has shown me the kind of human he is when I was diagnosed with kidney cancer, he had volunteered to donate me a kidney. It is with this understanding of his character that I respectfully request the court to consider a sentence that reflects not only the gravity of the situation but also the potential for a positive change and a chance to a person who has done so much for others.

In summary, I ask the Court to please take into account the person who he truly is and those who depend on him when determining his sentence.

Respectfully,

Martin Saravia

## Dana Snyder, LMHC



September 25, 2024

The Honorable Judge Allison Burroughs
John Joseph Moakley U.S. Courthouse
Boston, Massachusetts 02210

Dear The Honorable Judge Allison Burroughs,

I am writing on behalf of Mr. Miguel Saravia. Mr. Saravia hired me in July 2016, and I have reported to him directly at Dana Behavioral Health (DBH; formerly Dana Group Associates) for the past eight years. Mr. Saravia has provided me with the opportunity to grow professionally though his support and I became the Clinical Director under his guidance in 2019. We have worked together through the growth of this practice.

Over the past eight years I have witnessed Mr. Saravia's generosity on a personal and a professional level. Mr. Saravia has been a source of support for me as I have lost both of my parents, my brother, and my father-in-law in relatively rapid succession during my tenure at Dana Behavioral Health. He allowed me the time to regain my footing when I was grieving. Mr. Saravia's kindness and warmth provided me strength during some of the most difficult days of my life.

On a professional level, as the Clinical Director, I have seen time and time again, Mr. Saravia's humanity as he has waived fees, written off balances, and allowed the clinical team to provide pro bono treatment to clients who are financially struggling. I had one client who lost her children, home, and job and was unable to pay her balance. Mr. Saravia endorsed my continued work with this client, and he cleared her four-figure balance.

I understand the charges and the decision Mr. Saravia has made to plea. Dana Behavioral Health will continue to provide excellent mental health care, but we will miss our leader. The leadership of the practice is committed to continuing on and strengthening DBH in Mr. Saravia's absence.

It is without reservation that I am here to support Mr. Saravia and DBH moving forward.

Sincerely,

*Dana Snyder*, LMHC

Dana Snyder, LMHC



DR. ARTHUR S. SPANGLER, JR.

January 14, 2025

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs:

I am writing on behalf of Miquel Saravia of Hanson, MA in reference to his hearing. It is my hope to represent him well so you see what an upstanding citizen and employer he is.

I am Dr. Spangler, a licensed psychologist who is now employed by Dana Behavioral Health. Before this, I co-owned a group mental health private practice, Delphi Center of Quincy, Inc., dba Mass Bay Counseling, for over 35 years. I was the vice president and clinical director of the practice; this included administration, supervision of staff, and treatment of patients.

I first met Mr. Saravia in September 2019, when he and I worked together to form a purchase and sale agreement to transfer ownership of our office condominium in Quincy, MA, to his practice. Our second encounter was in the Fall of 2022 when Mass Bay Counseling merged with Dana Group Associates. At that time, I semi-retired and continued to work for him, supervising staff and interns and treating my long-term patients. Throughout the above, I never felt manipulated or coerced by Miguel; he has always been very cooperative, understanding, open, and honest.

While observing him on a professional and personal level, at no time have I found him to be unethical or immoral. He is open-minded and a good listener, always willing to collaborate to resolve issues. His efforts and success in helping the community and advocating for patients served by Dana Behavioral Health are commendable. It is a pleasure and a true privilege to work with Mr. Savaria who continually proves himself to be a worthwhile, respected, and principled gentleman.

Please feel free to contact me at my home address above or my cell at ███████ if you have any questions or concerns,

Sincerely,

Dr. Arthur Stephen Spangler, Jr.

Jano Tawile



Boston, October 13th, 2024

The Honorable Judge Allison D. Burroughs
1 Courthouse way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Burroughs,

I'm Jano Tawile, Miguel Saravia's sister in law. I have known Miguel for 17 years, I'm writing to support Miguel. In all these years I had known Miguel in different areas, before getting married to his brother, first as a young man, working hard full time and going to school full time, as a supportive brother to Martin (my husband) we were honored to have Miguel as the best man of our wedding in 2007, I have also seen Miguel as a loving and compassionate son to his parents and as an outstanding father to his children.

Miguel had influenced my life in so many ways, his unconditional love and support to my own kids, his respect and true friendship to me had helped me to become a better professional, mother and wife. Miguel had not just shown love to me and my children but also to my mother who visited from Lebanon. Miguel's ability to speak through his kind acts made my mom fall in love with his kindness and love even when they do not speak the same language.

In 2013, when my life took a turn with the passing of my loving father, Miguel showed me his compassionate love not just with his emotional support but also financially, I was able to fly in a short notice to Lebanon and be able to be with my loved ones.

Two things that have marked profoundly my heart first, Miguel's deep love and dedication to his children, from cooking, bathing, dressing up as characters for holidays with one simple goal in mind which was to make them laugh and second his open heart to people by always opening his home with care and sincere hospitality.

I respectfully ask for your kind consideration with Miguel, these events that he now is going through do not reflect the man I have known for the last 17 years.

Truly yours,

Jano Tawile

# Luz R. Valdez

September 30, 2024

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is Luz R. Valdez, and I have been a federal employee at the Social
Security Administration for over 12 years. Since 2020, I have also volunteered, and
continue to serve, as the Executive Director of AYP Business School Corp (Aprende
y Prospera), a Massachusetts-based non-profit. We provide full scholarships for
educational programs that help young Latinos in Latin America and the U.S. secure
employment or start their own businesses. Our organization operates entirely
through the generosity of volunteers, as we have no financial resources.

I am writing on behalf of Mr. Miguel Saravia, I am aware that he pleaded guilty in a
case that involves healthcare fraud. I have known Mr. Saravia since the summer of 2021,
when he responded to a volunteer request I posted. From our first interaction, he impressed
me with his sincerity and eagerness to contribute his expertise in business and healthcare.
He volunteered to mentor our coaching team, helping students develop soft skills and life
plans, and expressed a genuine desire to support our broader mission. During our first Zoom
meeting, Mr. Saravia listened attentively to our need to assist young people with limited
financial resources. Without hesitation, he asked how he could help and immediately
provided a subscription for the Streamyard platform to host our educational events. A few
months later, he further demonstrated his generosity by purchasing a Zoom business
subscription, allowing students to attend classes without interruptions. In 2022, Mr. Saravia
joined our board of directors and played a key role in our decision to pursue 501(c)(3) status,
which we achieved in 2023. His sponsorship contributions, including Streamyard, Zoom
subscriptions, and cash donations, totaled approximately $500 in 2021, $650 in 2022, and
$1,800 in 2023. He remains our only sponsor, and his financial support has been invaluable,
reflecting his deep commitment to helping others succeed.

In my opinion, Mr. Saravial is a valuable citizen and a compassionate person. Every
conversation I have had with him, he always has been very respectful and he is always
volunteering himself to help. I have never observed him seeking personal gain from his

position as a board member, nor has he ever taken advantage of his role. In fact, despite his contributions, he never requested any public recognition, nor a special treatment.

I believe Mr. Saravia is a valuable community member who consistently dedicates his time and energy to helping others, always with a positive attitude. He supports various organizations and is deeply concerned with the well-being of those around him. He is always optimistic, upfront, and quick to offer help without hesitation, and I believe that this same eagerness may have led to the current situation he finds himself in.

Judge Burroughs, I respectfully submit this letter as a testament to Mr. Saravia's character. He is a hardworking entrepreneur and selfless contributor to the community, whose dedication to helping others is invaluable. I ask for leniency so that he can continue his business initiatives and support others in achieving their goals. We need more people like Miguel.

Sincerely,

Luz R. Valdez

## CHARACTER REFERENCE LETTER

Quillabamba, Cusca, Perú, January 6th, 2025

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge,

Manuel Condori Vargas, a Peruvian citizen with ID number ⬛⬛⬛⬛, a licensed educator, and phone number ⬛⬛ ⬛⬛, respectfully addresses this letter to your honorable court to strongly recommend Mr. Miguel Saravia as an honest, supportive individual and a good citizen. I had the pleasure of meeting Miguel Saravia through his sister, Psychologist Consuelo Saravia, who served as the Wellness Promoter at the CRFA (Rural Center for Alternating Education) Agoganoera Maganíro in the Native Community of Shimaa, in the province of Quillabamba, Cusco– Peru, during the years 2021–2022, through my work as Director of the CRFA.

During that time, I was a direct witness to the generosity, civic, and social commitment of Miguel Saravia, who made significant donations to the CRFA (Rural Center for Alternating Education) Agoganoera Maganíro, directly contributing to the ACQUISITION OF INTERNET SERVICES FOR OUR STUDENTS, as well as DONATIONS TO CELEBRATE CHRISTMAS for the students and their families. These acts of generosity not only demonstrate his financial capacity but also his deep commitment to education and the well-being of others.

Beyond his financial support, Miguel Saravia is recognized for his integrity and outstanding ethical standards. In all my interactions with him, I have found a person of strong principles, integrity, and trustworthiness; he has always acted with transparency and uprightness, inspiring trust and respect in others.

In summary, Miguel Saravia is an example of a good citizen who actively cares for his community and who contributes to the well-being of others through his actions. His honesty, solidarity, and civic and social commitment are admirable qualities that make him an exceptional individual. I recommend Miguel Saravia without hesitation, and for all the reasons stated above, Your Honor, I respectfully ask for clemency at the time of sentencing for such an honorable citizen.

Lic. Manuel Condori Vargas
DNI : ⬛⬛⬛⬛

**CARTA DE REFERENCIA**

Quillabamba, Cusco, Peru  06 de enero del 2025

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Estimada Jueza,

Manuel Condori Vargas ciudadano peruano con DNI ▮▮▮▮▮, licenciado en Educación y con Nro. de celular: ▮▮▮▮▮, quien le dirige la presente misiva a su digno despacho; para recomendar encarecidamente al Señor Miguel Saravia como una persona honesta, solidaria y un buen ciudadano. He tenido el placer de conocer a Miguel Saravia a través de su hermana la Psicóloga Consuelo Saravia quien fue promotora de Bienestar en el CRFA (Centro Rural de formación en Alternancia) Agoganoera Maganiro de la Comunidad Nativa de Shimaa de la provincia de Quillabamba Cusco-Perú en el año 2021- 2022, a través de mi trabajo como Director del CRFA

Durante este tiempo, he sido testigo directo de la generosidad y el compromiso cívico y social de Miguel Saravia quien realizo donativos significativos al  CRFA (Centro Rural de formación en Alternancia) Agoganoera Maganiro contribuyendo directamente a la ADQUISICION DE INTERNET PARA NUESTROS ESTUDIANTES, ASI COMO DONATIVOS PARA REALIZAR LA NAVIDAD de los estudiantes y sus familias ;Estos actos de generosidad no solo demuestran su capacidad financiera, sino también su profundo compromiso con la educación y el bienestar de los demás.

Más allá de sus contribuciones financieras, Miguel Saravia se caracteriza por su honestidad y ética intachables. En todas mis interacciones con él, he encontrado a una persona de principios firmes, íntegra y confiable siempre ha actuado con transparencia y rectitud, inspirando confianza y respeto en los demás.

En resumen, Miguel Saravia es un ejemplo de buen ciudadano, una persona que se preocupa activamente por su comunidad y que contribuye al bienestar de los demás a través de sus acciones. Su honestidad, solidaridad y compromiso cívico y social son cualidades admirables que lo convierten en un individuo excepcional. Recomiendo sin reservas a Miguel Saravia, es por todo lo expuesto ante Ud. Sra. Jueza que pido clemencia en el momento de la sentencia para tan honorable ciudadano.

Atentamente.

Lic. Manuel Condori Vargas
DNI : ▮▮▮▮▮

**Sue Walters**



October 1, 2024

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

Dear Judge Burroughs,

This letter is being written on behalf of Miguel Saravia. Miguel has shared with me that he has pleaded guilty to charges that fall under healthcare fraud. As I respect that he has pleaded guilty to the charges, I write this letter to offer a fuller picture of him as a person. In the nearly 8 years I have known Miguel, I have come to know him as a hard working, generous, and compassionate person.

I am a single mother, and raised my son while an employee of Dana Behavioral Health. When I needed to pivot from work to home in an emergency or attend a school event, there was flexibility to leave unexpectedly and take time off. Any proud moments that my son had, Miguel was interested to know about them, pictures were shared. Likewise, celebratory occasions with my peers and with Miguel's family like baby showers and holiday parties many times were informal potluck gatherings. Here I would meet his children and parents when they were visiting from Peru. Miguel also extended his community to fundraising for mental health, and raising awareness for the stigma associated with teen mental health issues, "I Am Strong Foundation."

In my role as a psychotherapist, Miguel advocated with me to provide quality treatment for my clients. He always made himself available to discuss solutions that were consistently met with transparency, impartial advice and prompt response.

Thank you for your time.

Sincerely,

Sue Walters

September 26, 2024

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

This letter is in reference to Miguel Saravia.
I have known Mr.Saravia for over 6 years . This has been in the context of working for and with
him at the practice currently known as Dana Behavioral Health.
I hold the position of Director of the LICSW Social Work Program at this practice.

I have experienced Mr.Saravia to be a respectful, caring,and compassionate man.
He has encouraged professional growth and creativity.

Additionally,he has always been mindful and considerate concerning family issues.This applies
to staff as well as to me personally.

I will be happy to be supportive to Mr.Saravia in any appropriate and useful way, following his
sentencing.

Thank you for your consideration.


Sincerely,

Marcia Weissmann, LICSW

January 05, 2025

The Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honourable Judge Allison D. Burroughs,

My name is Kishmar White. I work as a Service Technician for Tesla in Norwell, MA. I met Miguel in 2017 where he offered me an opportunity to stay afloat working at DBH. He became my boss and then ultimately my good friend.

Throughout the years of knowing Miguel he's always been a helpful individual. Day to day life issues would arise and he would be able to give very generous advice or help. While working for Miguel at DBH, I was taught many different aspects of being a better person. I was able to learn ways in providing support at a customer front, over the phone and over the web. These achievements wouldn't have been possible without his belief in me and motivational pushes. During the COVID Pandemic, Miguel took it upon himself to extend his help to me once again. He hired me to perform work at his house, during this very hard and trying period.

Miguel has always been a very caring and loving man. He's helped me and my wife during family losses with such compassion and empathy. Hard working and determined to help anyone and everyone possible are the first traits that come to mind when I think of Miguel. Honestly, a very good character, family oriented, strong willed. He's always been someone I've looked up to and looked to for guidance when times got rough.

I am aware of why Miguel is in court. There are some periods in life where we learn from our choices. This choice he's made is one that's he's been learning from during these last few months especially. I will support Miguel during this rough patch as he's done the same for me all these years, I will also help his family in anyway I can.

Hopefully this helps give a little insight and shines a light on how astounding and impactful of a person Miguel is.

Thank You,

Kishmar White

**Albert Zellmann**



**The Honorable Judge Allison D. Burroughs**
**1 Courthouse way, Suite 2300**
**Boston, Massachusetts 02210**

Your Honor,

My name is Albert Zellmann, I am writing this letter of support for Miguel Saravia, I'm a long time friend of the Saravia family, I first met Miguel thru his brother Martin when Miguel during my first trip to Peru, in August of 2000 when he was just 18 years old, I remembered this young man that met me at the airport in Lima to help me with my journey to Cusco - Peru. Miguel was attending medical school then, despite being strangers at first, Miguel took the time to help me navigate the stressful time of being a foreigner in a new country.

During my interactions with Miguel I was very impressed with Miguel's vision to improve himself. This desire brought him to the US years later and through hard work and sacrifice he just did not master a new language  but he put himself through university and continued his passion to care for others by helping the community through his work and volunteering.

In the past two  decades I witnessed Miguel's transformation, from a young kid attending medical school in Peru to an outstanding student in the US and now a great dad and a family man. I was present when he got married and when he first became a father, I have shared good and bad times with the Sarvia family from newborns to family losses. Through good and bad times Miguel's unshakeable friendship was always there.

Since I met Miguel his love and dedication to his family had never changed,  it got even stronger. I see it with his love and care he demonstrates to his now elderly parents and with his children.

Your honor, I kindly ask for your consideration while sentencing Miguel.

Sincerely,

Albert Zellmann