# EXHIBIT B



# Certificate of Completion

## Miguel Saravia

has participated in and successfully completed the web-based training

### Combating Medicare Parts C & D Fraud, Waste, & Abuse

on

12/11/2024



Division of Provider Information Planning & Development | 7500 Security Boulevard, Baltimore, MD 21244

/ Rich Cuchna /

Rich Cuchna
Director
Provider Communications Group
Center for Medicare, CMS

Improving Health and Well-Being in American Indian and Alaska Native Communities Through Compliance

# Certificate of Course Completion

for

# FRAUD, WASTE, AND ABUSE FOR HEALTH CARE PROVIDERS

U.S. Department of Health and Human Services

**Office of Inspector General**



Improving Health and Well-Being in American Indian and Alaska Native Communities Through Compliance

# Certificate of Course Completion

for

## COMPLIANCE 101

U.S. Department of Health and Human Services
**Office of Inspector General**

