UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-CR-10280-ADB |
| | ) | |
| MIGUEL SARAVIA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW MOTION FOR ORDER OF
FORFEITURE (MONEY JUDGMENT) (DOC. NO. 23).**

On March 20, 2025, the United States filed its Motion for Order of Forfeiture (Money Judgment) (Doc. No. 23). The motion has not yet been ruled on.

The United States now requests that such motion be withdrawn.

WHEREFORE, the United States respectfully requests that the Court enter an order withdrawing the United States' Motion for Order of Forfeiture (Money Judgment) (Doc. No. 23), filed on March 20, 2025.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  /s/ *Brendan T. Mockler*
BRENDAN T. MOCKLER
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
brendan.mockler@usdoj.gov

Dated: March 27, 2025

1