| Victim | TOTAL By VICTIM | Point of Contact |
|---|---|---|
| Aetna | $3,156.92 | Sandra Miller \| Sr. Investigator, Special Investigations Unit<br>p 860-273-8115<br>e MillerS8@aetna.com<br>PO Box 818048<br>Cleveland, OH 44181-8048 |
| BCBS | $44,404.98 | Julie Georgoulis<br>Blue Cross Blue Shield of Massachusetts<br>101 Huntington Avenue, Suite 1300<br>Mail Stop 01/18<br>Boston MA 02199-7611<br>617.246.3511 Phone |
| Optum | $832.38 | Amy M, 612-632-2597; Optum / United Payment Integrity, <amy.vanduyn@uhc.com> |
| Medicare Part B | $332,381.81 | Veronica.Moore@cms.hhs.gov |
| MassHealth FFS* | $21,225.02 | Joan Senatore<br>EOHHS/Office of Medicaid<br>100 Hancock St<br>Quincy, MA 02171 |
| Commonwealth Care Alliance (CCA) | $23,392.90 | nvasconcelos@commonwealthcare.org, Nadia Vasconcelos<br>Sr. Director, Fraud, Waste, and Abuse<br>Commonwealth Care Alliance®<br>2 Rue de Lafayette, 5th Floor<br>Boston, MA 02108 |
| United Health Care (UHC) | $63,021.88 | Amy M, 612-632-2597; Optum / United Payment Integrity, <amy.vanduyn@uhc.com> |
| Point 32 (Tufts, HPHC, CHA, NWI) | $38,418.52 | Joshua Orr<br>Director of Special Investigations Unit<br>Senior Associate General Counsel<br>617-584-8328<br>Joshua.Orr@point32health.org |
| Fallon (includes Navicare) | $4,774.12 | Velinda Brown<br>Senior Director of Internal Audit and Fraud, Waste and Abuse<br>1 Mercantile St., Ste. 400<br>Worcester, MA 01608<br>Phone: 508-368-9016<br>Velinda.Brown@fallonhealth.org |
| AARP | $4,580.42 | Amy M, 612-632-2597; Optum / United Payment Integrity, <amy.vanduyn@uhc.com> |

| | | |
|---|---|---|
| Boston Medical Center HP (BMCHP) | $6,359.88 | John Kearney<br>c/o Annetta White<br>15 Plaza Drive<br>Latham, NY 12110<br>O: (512) 364-7988<br>Email:  john.kearney@Carelon.com |
| Senior Whole Health | $17,120.20 | Refund Checks Lockbox<br>Senior Whole Health, LLC<br>PO Box 23240<br>New York, NY 10087-3240<br>Mauricio.Rengifo@MolinaHealthCare.com |
| Wellcare | $147.89 | Lori Peters<br>Sr. Director Special Investigations Unit<br>Risk & Compliance<br>8735 Henderson Road, Ren 2 Floor 2<br>Tampa, FL 33634;<br>Lori.L.Peters@CENTENE.COM |
| Mass General Brigham HP | $152.05 | Jessica Roy<br>Jroy22@mgb.org |
| Mass Behavioral Health Partnership (MBH, Steward, CCC) | $1,172.92 | Marie Graves<br>Marie.Graves@carelon.com |

Total: $561,141.89