UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIGUEL SARAVIA,<br><br>Defendant. | Criminal Case No. 24-cr-10280 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE
AND RETURN OF PERSONAL PROPERTY**

Upon due consideration, it is hereby **ORDERED** that Defendant Miguel Saravia's Unopposed Motion for Temporary Modification of Conditions of Release and Return of Personal Property is **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1. Defendant, Miguel Saravia, may travel to Peru for twelve (12) days from July 23, 2025 through August 4, 2025;

2. Defendant, Miguel Saravia, shall coordinate and provide the details of his travel plans, including flight schedule and address in Peru, to the United States Probation and Pretrial Services Office for the District of Massachusetts and the assigned Assistant United States Attorney;

3. The United States Probation and Pretrial Services Office for the District of Massachusetts shall return to Defendant, Miguel Saravia, his United States and Peruvian passports no earlier than one day prior to Defendant's schedule departing flight to Peru; and

4.  Defendant, Miguel Saravia, shall return his United States and Peruvian passports to the United States Probation and Pretrial Services Office for the District of Massachusetts no later than one day following his scheduled return flight to the United States.

/s/ Allison D. Burroughs
THE HONORABLE ALLISON D. BURROUGHS
United States District Judge